UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ABU DHABI COMMERCIAL BANK,

                      Plaintiff,

         - against -                   08 Civ. No. 7508 (SAS)
                                           **ECF Case**

MORGAN STANLEY & CO.
INCORPORATED, ET AL.,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 12(b)(1)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the annexed Declarations of James P. Rouhandeh, Damien Marshall, and Felix Sotomayor and the exhibits thereto, and all the pleadings and proceedings herein, defendants Morgan Stanley & Co. Incorporated; Morgan Stanley & Co. International Limited; The Bank of New York Mellon; QSR Management Limited; Moody's Investors Service, Inc.; Moody's Investors Service Ltd.; and The McGraw Hill Companies, Inc. and its unincorporated divisions Standard & Poor's Ratings Services (collectively, the "Defendants") hereby move this Court before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 15C, New York, New York 10007, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(1), dismissing the complaint in the above-captioned action and granting such further relief as the Court deems proper and just.

The Defendants respectfully request oral argument on this motion.

Dated: November 5, 2008
       New York, New York

                            DAVIS POLK & WARDWELL

                            By:  /s/ James P. Rouhandeh
                                   James P. Rouhandeh
                                   james.rouhandeh@dpw.com
                                   Antonio J. Perez-Marques
                                   antonio.perez@dpw.com

                            450 Lexington Avenue
                            New York, New York 10017
                            (212) 450-4000

                            *Counsel to Defendants Morgan Stanley &*
                            *Co. Incorporated and Morgan Stanley &*
                            *Co. International Limited*

                            CAHILL GORDON & REINDEL

                            By:  /s/ Dean Ringel
                                   Floyd Abrams
                                   fabrams@cahill.com
                                   Dean Ringel
                                   dringel@cahill.com
                                   Adam Zurofsky
                                   azurofsky@cahill.com

                            80 Pine Street
                            New York, NY  10005
                            (212) 701-3000

                            *Counsel to Defendants Standard & Poor's*
                            *Ratings Services and The McGraw Hill*
                            *Companies, Inc.*

SATTERLEE STEPHENS
BURKE & BURKE LLP


By:  /s/ Joshua Rubins
     Joshua M. Rubins
     jrubins@ssbb.com
     James C. Coster
     jcoster@ssbb.com

230 Park Avenue
11th Floor
New York, NY  10169
(212) 818-9200

*Counsel to Defendants Moody's Investors Service, Inc. and Moody's Investors Service Ltd.*


BOIES SCHILLER & FLEXNER LLP


By:  /s/ Jonathan Sherman
     Jonathan Sherman
     jsherman@bsfllp.com

5301 Wisconsin Ave. NW
Washington, DC  20015
(202) 237-2727

*Counsel to Defendants The Bank of New York Mellon and QSR Management Limited*

## CERTIFICATE OF SERVICE

I, Antonio J. Perez-Marques, an attorney admitted to practice in this District, hereby certify that on November 5, 2008, I caused a true copy of the foregoing Notice of Motion to Dismiss and the accompanying Memorandum of Law to be served on the individuals listed below by the court's ECF system, or by electronic mail where ECF service was not available.

Dated: New York, New York
       November 5, 2008

                                          /s/  Antonio J. Perez-Marques
                                               Antonio J. Perez-Marques

**SERVICE LIST**

*Counsel for Plaintiffs*

Anne L. Box
anneb@csgrr.com
Daniel Drosman
dand@csgrr.com
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
*655* West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058

*Counsel for Defendants*

James P. Rouhandeh
james.rouhandeh@dpw.com
Antonio J. Perez-Marques
antonio.perez@dpw.com
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY  10017
Tel: (212) 450-4000

*Counsel to Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International Limited*

Floyd Abrams
fabrams@cahill.com
Dean Ringel
dringel@cahill.com
Adam Zurofsky
azurofsky@cahill.com
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY  10005
Tel: (212) 701-3000

*Counsel to Defendants Standard & Poor's Ratings Services and The McGraw Hill Companies, Inc.*

Joshua M. Rubins
jrubins@ssbb.com
James J. Coster
jcoster@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
11th Floor
New York, NY  10169
Tel: (212) 818-9200

*Counsel to Defendants Moody's Investors Service, Inc. and Moody's Investors Service Ltd.*

Jonathan Sherman
jsherman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC  20015
Tel: (202) 237-2727

*Counsel to Defendants The Bank of New York Mellon and QSR Management Limited*

Case 1:08-cv-07508-SAS-DCF   Document 17   Filed 11/05/08   Page 7 of 7