**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABU DHABI COMMERCIAL BANK, KING COUNTY, WASHINGTON, TOGETHER AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                                        *Plaintiffs,*<br><br>           v.<br><br>MORGAN STANLEY & CO. INC., MORGAN STANLEY & CO. INTERNATIONAL LTD., THE BANK OF NEW YORK MELLON, QSR MANAGEMENT LTD., MOODY'S INVESTORS SERVICE, INC. AND MOODY'S INVESTORS SERVICE LTD., STANDARD & POOR'S RATING SERVICES AND THE MCGRAW-HILL COMPANIES, INC.,<br><br>                                        *Defendants.* | No. 08 Civ. 7508 (SAS) (ECF Case) |

### NOTICE OF MOTION BY THE RATING AGENCY DEFENDANTS TO DISMISS THE FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the Affirmation of Dean Ringel and exhibit attached thereto, the accompanying Joint Memorandum of Law in Support of the Motions of the Rating Agency Defendants to Dismiss the First Amended Complaint and all the prior pleadings, papers and proceedings heretofore had herein, defendants Moody's Investors Service, Inc., Moody's Investors Service Ltd., Standard & Poor's Rating Services and The McGraw-Hill Companies, Inc. (the "Rating Agency Defendants"), by and through their undersigned attorneys, will move before the Honorable Shira A. Scheindlin, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York 10007, on such date as the Court will determine, for an Order, pursuant to Fed. R. Civ. P. 9 and 12(b)(6), dismissing all claims asserted against The Rating Agency Defendants in the First

-2-

Amended Complaint of Plaintiffs Abu Dhabi Commercial Bank and King County, Washington in the above-captioned action.

Dated:   New York, New York
         May 18, 2009                         Respectfully submitted,

_____                     _____
Josh Rubins                                   Dean Ringel
SATTERLEE STEPHENS BURKE & BURKE LLP          CAHILL GORDON & REINDEL LLP
230 Park Avenue, 11th Floor                   80 Pine Street
New York, New York 10169                      New York, New York 10005
(212) 818-9200                                (212) 701-3000

*Attorneys for Defendants Moody's Investors   Attorneys for Defendants Standard & Poor's
Service, Inc. and Moody's Investors Service   Rating Services and The McGraw-Hill Compa-
Ltd.*                                         *nies, Inc.*