UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ABU DHABI COMMERCIAL BANK       :
AND KING COUNTY, WASHINGTON,   :
Together and on Behalf of All Others    :
Similarly Situated,                      :
                                       :     08 Civ. No. 7508 (SAS)
                Plaintiffs,   :
                       :
     - against -        :     **ECF Case**
                       :
MORGAN STANLEY & CO.         :
INCORPORATED, ET AL.,         :
                       :
               Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 8(a), 9(b) AND 12(b)(6)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the

annexed Declaration of James P. Rouhandeh and the exhibits thereto, and all the pleadings and

proceedings herein, defendants Morgan Stanley & Co. Incorporated, Morgan Stanley & Co.

International Limited (n/k/a Morgan Stanley & Co. International plc), The Bank of New York

Mellon, and QSR Management Limited hereby move this Court before the Honorable Shira A.

Scheindlin, United States District Judge for the Southern District of New York, at the United

States Courthouse located at 500 Pearl Street, Courtroom 15C, New York, New York 10007, for

an order, pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6), dismissing the

amended complaint in the above-captioned action and granting such further relief as the Court

deems proper and just.

Morgan Stanley & Co. Incorporated, Morgan Stanley & Co. International Limited, The

Bank of New York Mellon, and QSR Management Limited respectfully request oral argument on

this motion.

Dated: May 18, 2009
      New York, New York

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
      James P. Rouhandeh
      james.rouhandeh@dpw.com
      Antonio J. Perez-Marques
      antonio.perez@dpw.com
      Russell Capone
      russell.capone@dpw.com

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Counsel to Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International Limited*

BOIES SCHILLER & FLEXNER LLP

By:   /s/ Jonathan Sherman
      Jonathan Sherman
      jsherman@bsfllp.com
      Damien Marshall
      dmarshall@bsfllp.com
5301 Wisconsin Avenue NW
Washington, DC  20015
(202) 237-2727

-and-

401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
(954) 356-0011

*Counsel to Defendants The Bank of New York Mellon and QSR Management Limited*