UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ABU DHABI COMMERCIAL BANK<br>AND KING COUNTY, WASHINGTON,<br>Together and on Behalf of All Others<br>Similarly Situated,<br><br>                    Plaintiffs,<br><br>        - against -<br><br>MORGAN STANLEY & CO.<br>INCORPORATED, ET AL.,<br><br>                Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     08 Civ. No. 7508 (SAS)<br><br>     **ECF Case** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 8(a), 9(b) AND 12(b)(6)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the annexed Declaration of James P. Rouhandeh and the exhibits thereto, and all the pleadings and proceedings herein, defendants Morgan Stanley & Co. Incorporated, Morgan Stanley & Co. International Limited (n/k/a Morgan Stanley & Co. International plc), The Bank of New York Mellon, and QSR Management Limited hereby move this Court before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 15C, New York, New York 10007, for an order, pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6), dismissing the amended complaint in the above-captioned action and granting such further relief as the Court deems proper and just.

Morgan Stanley & Co. Incorporated, Morgan Stanley & Co. International Limited, The Bank of New York Mellon, and QSR Management Limited respectfully request oral argument on this motion.

Dated: May 18, 2009
       New York, New York

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
       James P. Rouhandeh
       james.rouhandeh@dpw.com
       Antonio J. Perez-Marques
       antonio.perez@dpw.com
       Russell Capone
       russell.capone@dpw.com

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Counsel to Defendants Morgan Stanley &*
*Co. Incorporated and Morgan Stanley &*
*Co. International Limited*

BOIES SCHILLER & FLEXNER LLP

By:   /s/ Jonathan Sherman
       Jonathan Sherman
       jsherman@bsfllp.com
       Damien Marshall
       dmarshall@bsfllp.com
5301 Wisconsin Avenue NW
Washington, DC  20015
(202) 237-2727

-and-

401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
(954) 356-0011

*Counsel to Defendants The Bank of New*
*York Mellon and QSR Management Limited*