UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Abu Dhabi Comm. Bank, et al
                Plaintiffs,
v.

Morgan Stanley, et al,

                Defendants

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/09

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 7508 (SAS)(FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Specific Non-Dispositive Motion/Dispute:*
    Protective Order

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
    Particular Motion:_____

    All such motions: \_\_\_\_

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: New York, New York
       Sept 17, 2009

United States District Judge