UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x

ABU DHABI COMMERCIAL BANK, KING :
COUNTY, WASHINGTON, SEI
INVESTMENTS COMPANY, Together and :
On Behalf of All Others Similarly Situated,

              Plaintiffs,

    vs.

MORGAN STANLEY & CO.
INCORPORATED, MORGAN STANLEY &
CO. INTERNATIONAL LIMITED, THE
BANK OF NEW YORK MELLON (F/K/A
THE BANK OF NEW YORK), QSR
MANAGEMENT LIMITED, MOODY'S
INVESTORS SERVICE, INC., MOODY'S
INVESTORS SERVICE LTD., STANDARD
& POOR'S RATINGS SERVICES AND THE
MCGRAW HILL COMPANIES, INC.,

              Defendants.

——————————————————— x

Civil Action No. 1:08-cv-07508(SAS)

CLASS ACTION

~~PROPOSED~~ ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/09

Whereas plaintiff SEI Investments Company ("SEI") seeks to extend the deadline for its document productions to December 22, 2009, and all defendants having consented to such extension,

IT IS HEREBY ORDERED that:

SEI shall have until December 22, 2009 to complete its production;

Plaintiffs' time to move for class certification shall be extended to December 22, 2009;

Defendants' time to complete depositions of Plaintiffs with respect to class certification shall be extended to February 12, 2010;

Defendants' time to oppose any motion for class certification shall be extended to February 26, 2010;

Plaintiffs' time to reply to Defendants' opposition shall be extended to March 26, 2010.

\*    \*    \*

**ORDER**

IT IS SO ORDERED.

DATED: 11/19/09

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

- 1 -