UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ABU DHABI COMMERCIAL BANK, KING COUNTY, WASHINGTON, SEI INVESTMENTS COMPANY, Together and On Behalf of All Others Similarly Situated,

                Plaintiffs,

vs.

MORGAN STANLEY & CO. INCORPORATED, MORGAN STANLEY & CO. INTERNATIONAL LIMITED, THE BANK OF NEW YORK MELLON (f/k/a THE BANK OF NEW YORK), QSR MANAGEMENT LIMITED, MOODY'S INVESTORS SERVICE, INC., MOODY'S INVESTORS SERVICE LTD., STANDARD & POOR'S RATINGS SERVICES, THE McGRAW HILL COMPANIES, INC., CHEYNE CAPITAL MANAGEMENT LIMITED, CHEYNE CAPITAL MANAGEMENT (UK) LLP, CHEYNE CAPITAL INTERNATIONAL LIMITED,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

08 Civ. No. 7508 (SAS)

**ECF CASE**

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Tariq Mundiya and the exhibits thereto, the Declaration of Jeffrey Bronheim, the Declaration of Stuart Fiertz, the Declaration of Cynthia Cox, and all the pleadings and proceedings herein, defendants Cheyne Capital Management Limited, Cheyne Capital Management (UK) LLP, and Cheyne Capital International Limited hereby move this court before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 15C, New York, New York 10007, for an Order, pursuant to Federal Rules of Civil Procedure 8(a), 9(b),

12(b)(1), 12(b)(2) and 12(b)(6), dismissing the Third Amended Complaint in the above-captioned action and granting such further relief as the Court deems proper and just.

Cheyne Capital Management Limited, Cheyne Capital Management (UK) LLP, and Cheyne Capital International Limited each retains all of its other defenses and nothing herein shall be construed as a waiver of those defenses, including without limitation any jurisdictional defenses, or be construed as a submission to the Court's personal jurisdiction.

Dated: June 30, 2010

          WILLKIE FARR & GALLAGHER LLP

By: _____
Tariq Mundiya
Jeffrey B. Korn
787 Seventh Avenue
New York, New York  10019
(212) 728-8000 (phone)
(212) 728-8111 (facsimile)
tmundiya@willkie.com

*Attorneys for Cheyne Capital Management Limited, Cheyne Capital Management (UK) LLP, and Cheyne Capital International Limited*

- 3 -

TO:

Patrick J. Coughlin, Esq.
Daniel S. Drosman, Esq.
Anne L. Box, Esq.
Jessica T. Shinnefield, Esq.
Nathan R. Lindell, Esq.
Darryl J. Alvarado, Esq.
David C. Walton, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, California 92101-3301
(619) 231-1058

Michael F. Ghozland, Esq.
Robbins Geller Rudman & Dowd LLP
9601 Wilshire Boulevard, Suite 510
Los Angeles, California 90210
(310) 859-3100

Samuel H. Rudman, Esq.
Jarrett S. Charo, Esq.
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, New York 11747
(631) 367-7100

Jason C. Davis, Esq.
Robbins Geller Rudman & Dowd LLP
100 Pine Street, Suite 2600
San Francisco, California 94111
(415) 288-4545

*Attorneys for Plaintiffs*


James P. Rouhandeh, Esq.
Antonio J. Perez-Marques, Esq.
Russell Capone, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Attorneys for Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International Limited*

Jonathan H. Sherman, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, District of Columbia 20015
(202) 237-2727

Damien J. Marshall, Esq.
Boies, Schiller & Flexner LLP
333 Main Street
New York, New York 10504
(954) 377-4230

*Attorneys for Defendants The Bank of New York Mellon and QSR Management Limited*

Joshua M. Rubins, Esq.
James J. Coster, Esq.
Glenn C. Edwards, Esq.
Justin E. Klein, Esq.
Aaron M. Zeisler, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, New York 10169
(212) 818-9200

*Attorneys for Defendants Moody's Investors Service, Incorporated and Moody's Investors Service Limited*

Floyd Abrams, Esq.
Dean I. Ringel, Esq.
Adam N. Zurofsky, Esq.
Andrea R. Butler, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005
(212) 701-3000

*Attorneys for Defendants Standard & Poor's Rating Services and The McGraw-Hill Companies, Incorporated*