UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
ABU DHABI COMMERCIAL BANK, KING  :
COUNTY, WASHINGTON, SEI           :
INVESTMENTS COMPANY, Together and :
On Behalf of All Others Similarly Situated, :
                                  :
                    Plaintiffs,   :
                                  :
        vs.                       :
                                  :
MORGAN STANLEY & CO.              :
INCORPORATED, MORGAN STANLEY &    :
CO. INTERNATIONAL LIMITED, THE    :
BANK OF NEW YORK MELLON (f/k/a THE :
BANK OF NEW YORK), QSR            :
MANAGEMENT LIMITED, MOODY'S       :
INVESTORS SERVICE, INC., MOODY'S  :
INVESTORS SERVICE LTD., STANDARD  :
& POOR'S RATINGS SERVICES, THE    :
McGRAW HILL COMPANIES, INC.,      :
CHEYNE CAPITAL MANAGEMENT         :
LIMITED, CHEYNE CAPITAL           :
MANAGEMENT (UK) LLP, CHEYNE       :
CAPITAL INTERNATIONAL LIMITED,    :
                                  :
                    Defendants.   :
----------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/10

08 Civ. No. 7508 (SAS)

**ECF Case**

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS CHEYNE CAPITAL MANAGEMENT LIMITED, CHEYNE CAPITAL MANAGEMENT (UK) LLP AND CHEYNE CAPITAL INTERNATIONAL LIMITED

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of Cheyne Capital Management Limited, Cheyne Capital Management (UK) LLP, and Cheyne Capital International Limited (the "Cheyne Defendants"), and Plaintiffs Abu Dhabi Commercial Bank, King County, Washington, and SEI Investments Company (collectively, the "Plaintiffs") as follows:

1. All claims against the Cheyne Defendants are hereby dismissed, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. The Cheyne Defendants and each Plaintiff shall each bear its own costs of suit, including attorneys' fees.

3. The Cheyne Defendants have agreed to provide certain discovery. The Cheyne Defendants agree that the Court will retain jurisdiction solely to resolve any discovery disputes between the Cheyne Defendants and Plaintiffs. By so agreeing, the Cheyne Defendants will not have been taken to have submitted to the jurisdiction of the New York courts in connection with the merits of Plaintiffs' claims.

4. This stipulation and order renders the Cheyne Defendants' motion to dismiss moot. The Clerk of the Court is directed to close that motion. (Docket No 151).

ROBBINS GELLER RUDMAN & DOWD LLP

/s/ Patrick J. Coughlin

Patrick J. Coughlin
Daniel S. Drosman
Jessica T. Shinnefield
Michael F. Ghozland
Nathan R. Lindell
Christina A. Royce
Darryl J. Alvarado
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
LukeB@rgrdlaw.com

ROBBINS GELLER RUDMAN &
  DOWD LLP
Samuel H. Rudman
Jarrett S. Charo
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100

ROBBINS GELLER RUDMAN &
  DOWD LLP

WILLKIE FARR & GALLAGHER LLP

/s/ Tariq Mundiya

Tariq Mundiya
Jeffrey B. Korn
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
tmundiya@willkie.com
*Attorneys for Defendants Cheyne Capital Management Limited, Cheyne Capital Management (UK) LLP and Cheyne Capital International Limited*

SO ORDERED, this 12 day of July, 2010:

/s/ Shira A. Scheindlin

Hon. Shira A. Scheindlin
United States District Judge

- 2 -

Luke O. Brooks
Jason C. Davis
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545

*Attorneys for Plaintiffs*