


ROYAL COURTS OF JUSTICE GR
Queen's Bench Division
Foreign Process Section
Room E10
Royal Courts of Justice
Strand, London
WC2A 2LL

DX 44450 Strand

T 020 7947 6691
F 020 7947 6975

Text Phone 18001 020 7947 6691
(Helpline for the deaf and hard of hearing)

www.hmcourts-service.gov.uk

JUDGE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT COURT FOR THE SOURTHERN DISTRICT OF NEW YORK
500 PEARL STREET, ROOM 1620
NEW YORK, NEW YORK 10007
U.S.A.

Date: 26 July 2010

Our ref: CR 2010-353
Your ref: CIVIL ACTION NO. 1:08-CV-07508

RE: ABU DHABI COMMERCIAL BANK & OTHERS -AND- MORGAN STANLEY & CO INCORPORATED & OTHERS

Dear Sir/Madam,

Please fined enclosed the original Letter of Request received by our office on 21 July 2010. The Senior Master has directed that paragragh 11 of the Letter of Request should be amended as this can only be done under CPR rule and not Federal Rule.

Yours faithfully

Mark Quigley
Foreign Process Section