UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
ABU DHABI COMMERCIAL BANK, et al., :
Together and on Behalf of All Others Similarly : Civil Action No. 1:08-cv-07508-SAS
Situated, : **ECF Case**
:
            Plaintiffs, : **DEFENDANTS' OPPOSITION**
: **TO PLAINTIFFS' APPLICATION**
   - against - : **FOR ISSUANCE OF A LETTER**
: **OF REQUEST FOR**
MORGAN STANLEY & CO. : **INTERNATIONAL JUDICIAL**
INCORPORATED, et al., : **ASSISTANCE**
:
            Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendants Morgan Stanley & Co. Incorporated, Morgan Stanley & Co. International Limited, Standard & Poor's Ratings Services, The McGraw Hill Companies, Inc., Moody's Investors Service, Inc. and Moody's Investors Services Ltd. hereby oppose plaintiffs' Application for Issuance of a Letter of Request for International Judicial Assistance to permit deposition testimony from Tim Armstrong, Gregg Drennan, Dorothee Furhmann, Kai Gilkes, Perry Inglis, and Henry Tabe.

Plaintiffs' application violates Rule 30(a)(2) of the Federal Rules of Civil Procedure, which provides that "[a] party must obtain leave of court . . . if the parties have not stipulated to the deposition and . . . the deposition would result in more than 10 depositions being taken under this Rule or Rule 31 by the plaintiffs." Indeed, this Court, at an April 21, 2010 conference, reinforced to plaintiffs that "there are only ten because that's what the federal laws say. Unless and until I grant you leave to take more than ten, it's exactly ten." (Tr. of April 21, 2010 Conf. at 3:21-23.) To date, Plaintiffs have noticed or taken a total of nine depositions in this case, yet in the pending application

seek an additional six depositions, which would result in total of fifteen depositions noticed or taken by plaintiffs.[1]  Plaintiffs have obtained neither the consent of defendants nor leave of Court to exceed the depositions permitted under the Federal Rules.  Indeed, plaintiffs have not sought either, nor acknowledged that their pending application would result in a violation of the Federal Rules.  If plaintiffs believe they are entitled to more than ten depositions, that issue should be addressed directly and decided by the Court, not presupposed as it is in plaintiffs' application.

For the foregoing reasons, the Court should deny plaintiffs' application.[2]

Dated:  New York, New York
        October 18, 2010

DAVIS POLK & WARDWELL LLP

By:  /s/ James P. Rouhandeh
     James P. Rouhandeh
     james.rouhandeh@davispolk.com
     Antonio J. Perez-Marques
     antonio.perez@davispolk.com

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Counsel to Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International Limited*

---

[1] During the class certification stage, plaintiffs took one 30(b)(6) deposition of each of the three defendants and since that time have noticed the depositions of Rany Moubarak, Robert Rooney, Lapo Guadagnolo, David Rosa, Frank Raiter and, earlier today, Ilya Eric Kolchinsky.

[2] Defendants do not address herein additional deficiencies under English law, but reserve the right to oppose the application on those grounds.

SATTERLEE STEPHENS
BURKE & BURKE LLP

By: /s/ James J. Coster
    Joshua M. Rubins
    jrubins@ssbb.com
    James J. Coster
    jcoster@ssbb.com
    Aaron M. Zeisler
    azeisler@ssbb.com

230 Park Avenue
11th Floor
New York, New York  10169
(212) 818-9200

*Counsel to Defendants Moody's Investors Service, Inc. and Moody's Investors Service Ltd.*

CAHILL GORDON & REINDEL LLP

By: /s/ Dean Ringel
    Dean Ringel
    dringel@cahill.com
    Andrea R. Butler
    abutler@cahill.com
    Jason M. Hall
    jhall@cahill.com

80 Pine Street
New York, New York  10005
(212) 701-3000

*Attorneys For Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Ratings Services*