

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

ABU DHABI COMMERCIAL BANK, et al., : Civil Action No. 1:08-cv-07508 (*x*)
Individually and On Behalf of All Others :
Similarly Situated, : CLASS ACTION
:
Plaintiffs, : [PROPOSED] ORDER GRANTING
: PLAINTIFFS' UNOPPOSED REQUEST
vs. : FOR EXTENSION OF TIME FOR NEWLY
: ADDED PLAINTIFFS TO COMPLETE
MORGAN STANLEY & CO. : THEIR PRODUCTION OF DOCUMENTS
INCORPORATED, et al., : IN RESPONSE TO DEFENDANTS' FIRST
: REQUEST FOR PRODUCTION OF
Defendants. : DOCUMENTS
---------------------------------------------------------x



579995_1

After considering plaintiffs' unopposed letter request dated November 23, 2010, and for good cause appearing therefore,

IT IS HEREBY ORDERED that plaintiffs SEI Investment Strategies, LLC, the Bank of N.T. Butterfield & Son Limited, SFT Collective Investment Fund, Deutsche Postbank AG, Global Investment Services Limited, and Gulf International Bank B.S.C. shall have until December 29, 2010 to complete their production of documents in response to defendants' First Request for Production of Documents.

**SO ORDERED.**

_____
HONORABLE SHIRA A. SCHEINDLIN, U.S.D.J.

Nov. 24, 2010

- 1 -

579995_1