UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
ABU DHABI COMMERCIAL BANK, et al., : Civil Action No. 1:08-cv-07508
Individually and On Behalf of All Others :
Similarly Situated, : CLASS ACTION
:
Plaintiffs, : [~~PROPOSED~~] FEDERAL RULE OF
: EVIDENCE 502(d) ORDER
vs. :
:
MORGAN STANLEY & CO. :
INCORPORATED, et al., :
:
Defendants. :
---------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/11

Pursuant to Federal Rule of Evidence 502(d), it is hereby ordered that any attorney-client privilege or attorney work product protection otherwise applicable to documents produced by any party to this action is not waived by disclosure in this action, in which event the disclosure is also not a waiver in any other Federal or State proceeding. It is further ordered that any privileged or protected documents produced shall be returned without waiver of the privilege or protection irrespective of the care taken by the disclosing party.

IT IS SO ORDERED.

DATED: May 26, 2011

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE