UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABU DHABI COMMERCIAL BANK, KING COUNTY, WASHINGTON Together and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED, MORGAN STANLEY & CO. INTERNATIONAL PLC, MOODY'S INVESTORS SERVICE, INC., MOODY'S INVESTORS SERVICE LTD., STANDARD AND POOR'S RATINGS SERVICES and THE McGRAW HILL COMPANIES, INC.,<br><br>Defendants. | **ORDER REGARDING DEPOSITIONS OF COLUMBIA ASSET MANAGEMENT, WINNIE CHENG, AND CHEYNE CAPITAL MANAGEMENT LTD.**<br><br>Case No.  08 Civ. 7508 (SAS) |



SHIRA A. SCHEINDLIN, DISTRICT JUDGE:

The Court, having reviewed Report & Recommendation No. 7 of the Special Master [Docket No. 250], and having received no objections from the parties, hereby ORDERS that:

1. Report & Recommendation No. 7 is adopted.

2. Plaintiffs' Motion to Quash Subpoenas and Notices for Depositions Scheduled After the May 1, 2011 Discovery Cut-Off is **denied**.

3. Consistent with the guidance set forth in the Court's May 11, 2011 Discovery Order, Plaintiffs may to apply to the Court to obtain further discovery, if necessary, based *solely* on information obtained during these depositions.

SO ORDERED:

*[signature]*

Shira A. Scheindlin
District Judge

Dated: ~~May __, 2011~~ June 7, 2011