UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABU DHABI COMMERCIAL BANK, KING COUNTY, WASHINGTON Together and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED, MORGAN STANLEY & CO. INTERNATIONAL PLC, MOODY'S INVESTORS SERVICE, INC., MOODY'S INVESTORS SERVICE LTD., STANDARD AND POOR'S RATINGS SERVICES and THE McGRAW HILL COMPANIES, INC.,<br><br>Defendants. | **ORDER REGARDING PLAINTIFFS' MOTION TO QUASH THE DEPOSITION OF MICHAEL SMITH AND FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF ALA'A ERAIQAT**<br><br>Case No.   08 Civ. 7508 (SAS) |



SHIRA A. SCHEINDLIN, DISTRICT JUDGE:

The Court, having reviewed Report & Recommendation No. 9 of the Special Master [Docket No. 252], and having received no objections from the parties, hereby ORDERS that:

1. Report and Recommendation No. 9 is adopted.

2. Plaintiffs' Motion to Quash the Deposition of Michael Smith is hereby **denied**. Defendants are entitled to notice Mr. Smith's deposition to take place in Plaintiffs' chosen forum, New York, New York.

3. Plaintiffs' Motion for a Protective Order Preventing the Deposition of Ala'a Eraiqat is **granted**. However, the Court will permit Defendants to submit a request seeking permission to depose Mr. Eraiqat if, after the anticipated 30(b)(6) deposition of ADCB

and any other ADCB witnesses that may be made available in discovery in this case, Defendants are able to make an adequate showing that that Mr. Eraiqat possesses unique, non-duplicative knowledge of relevant facts that Defendants were unable to obtain through a Rule 30(b)(6) deposition of ADCB or through the testimony of other ADCB witnesses.

SO ORDERED:

Shira A. Scheindlin
District Judge

Dated: ~~May ___, 2011~~ June 7, 2011