UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABU DHABI COMMERCIAL BANK, KING COUNTY, WASHINGTON Together and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>              v.<br><br>MORGAN STANLEY & CO. INCORPORATED, MORGAN STANLEY & CO. INTERNATIONAL PLC, MOODY'S INVESTORS SERVICE, INC., MOODY'S INVESTORS SERVICE LTD., STANDARD AND POOR'S RATINGS SERVICES and THE McGRAW HILL COMPANIES, INC.,<br><br>                        Defendants. | **ORDER ON REPORT AND RECOMMENDATION NO. 15** REGARDING PLAINTIFFS' REQUEST FOR AUTHORIZATION TO DEPOSE ANDREW KIMBALL AND RICHARD CANTOR<br><br>Case No.   08 Civ. 7508 (SAS)<br><br> |

SHIRA A. SCHEINDLIN, DISTRICT JUDGE:

The Court, having reviewed Report and Recommendation No. 15 of the Special Master, ^having received no objections and

pursuant to Report and Recommendation No. 2 of the Special Master and the Court's May 11, 2011

Order, hereby ORDERS:

    1.    Plaintiffs' Request for authorization to depose Andrew Kimball is **denied**.

(continued on next page)

2.	Plaintiffs' Request for authorization to depose Richard Cantor is **denied**.

SO ORDERED:

Shira A. Scheindlin
District Judge

Dated: August 12, 2011