UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| ABU DHABI COMMERCIAL BANK, KING COUNTY, WASHINGTON Together and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED, MORGAN STANLEY & CO. INTERNATIONAL PLC, MOODY'S INVESTORS SERVICE, INC., MOODY'S INVESTORS SERVICE LTD., STANDARD AND POOR'S RATINGS SERVICES and THE McGRAW HILL COMPANIES, INC.,<br><br>Defendants. | ORDER ON REPORT AND RECOMMENDATION NO. 18 PLAINTIFFS' MOTION TO COMPEL MORGAN STANLEY TO PRODUCTE ALL RESPONSIVE DOCUMENTS IN RESPONSE TO REPORT AND RECOMMENDATION NO. 4<br><br>Case No. 08 Civ. 7508 (SAS) |

SHIRA A. SCHEINDLIN, UNITED STATES DISTRICT JUDGE:

The Court, having reviewed Report & Recommendation No. 18 of the Special Master (Docket No. 317), and having received no objections from the Parties, hereby adopts Report and Recommendation No. 18, and further ORDERS:

Plaintiffs' Motion to Compel Morgan Stanley to Produce All Responsive Documents in Response to Report and Recommendation No. 4Motion to Compel is denied except as follows:

    a. Within seven (7) days of the date of this Order Morgan Stanley will provide Plaintiffs and the Special Master a certification that its review of the 130,000 documents identified in response to the April 26, 2011 Order were reviewed to identify

1

documents that were relevant to motive and scienter, regardless of whether they discussed or referred to the Cheyne SIV.

b. If Morgan Stanley believes that it needs to conduct additional reviews of the 130,000 documents to make such certification, then:

   i. Morgan Stanley should conduct that additional review within twenty (20) days of the date of this Order;

   ii. At that time, Morgan Stanley should produce any additional, relevant documents that have not yet been produced by Morgan Stanley; and/or

   iii. Provide a certification as to the completeness of Morgan Stanley's production in response to the Court's April 26, 2011 Order.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
United States District Judge

Dated: October 7, 2011

2