UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABU DHABI COMMERCIAL BANK, KING COUNTY, WASHINGTON Together and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED, MORGAN STANLEY & CO. INTERNATIONAL PLC, MOODY'S INVESTORS SERVICE, INC., MOODY'S INVESTORS SERVICE LTD., STANDARD AND POOR'S RATINGS SERVICES and THE McGRAW HILL COMPANIES, INC.,<br><br>Defendants. | **ORDER ON REPORT AND RECOMMENDATION NO. 21** DEFENDANTS' MOTION TO COMPEL PRODUCTION OF RULE 30(b)(6) DESIGNEE'S WRITTEN ANSWERS<br><br>Case No. 08  Civ. 7508 (SAS)<br><br> USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/20/11 |

SHIRA A. SCHEINDLIN, UNITED STATES DISTRICT JUDGE:

The Court, having reviewed Report & Recommendation No. 21 of the Special Master (Docket No. 326), and having received no objections from the Parties, hereby adopts Report and Recommendation No. 21, and further ORDERS:

1. Defendants' Motion to Compel the Production of NACF's Rule 30(b)(6) Designee's written answers is hereby GRANTED.

1

2. Production of the document shall be made within twenty-four hours of entry of this Order, and the Parties are hereby directed to agree upon a date to complete the Rule 30(b)(6) deposition of NACF within three days of entry of this Order.

SO ORDERED:

Shira A. Scheindlin
United States District Judge

Dated: October 20, 2011