UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | x | |
| ABU DHABI COMMERCIAL BANK, et al., Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:08-cv-07508 |
| | : | CLASS ACTION |
| Plaintiffs, | : : | |
| | : | PLAINTIFFS' RESPONSE TO |
| vs. | : : | DEFENDANTS' JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS |
| | : | PURSUANT TO LOCAL RULE 56.1 |
| MORGAN STANLEY & CO. INCORPORATED, et al., | : : : | |
| Defendants. | : : | |
| | x | |

687986_1

## I.      ACTIONABLE MISSTATEMENT

      1.      ¶¶1-4:[1] DENIED.



687986_1



687986_1



687986_1



2.    ¶¶5-20: DENIED.

- 4 -



687986_1



687986_1



## II.   SCIENTER

      3.    ¶¶21-28: DENIED.



687986_1



687986_1

4.   ¶¶29-30: DENIED.

5.   ¶31: DENIED.

6.   ¶32: DENIED.

687986_1

7.   ¶33: DENIED.

8.   ¶¶39-42: DENIED.

687986_1



9.      ¶¶55-58: DENIED.

10.   ¶¶34-38: DENIED.

11.   ¶¶51-54: DENIED.

12.   ¶¶43-50: DENIED.

III.   **RELIANCE**

13.   ¶¶59-61: DENIED.

14.    ¶¶62-65: DENIED.

15.    ¶¶66-68: DENIED.

16.    ¶¶69-71: DENIED.

17.    ¶¶72-75: DENIED.

18.    ¶¶76-78: DENIED.

687986_1

19.   ¶¶79-83: DENIED.

20.   ¶¶84-85: DENIED.

21.   ¶¶86-90: DENIED.

22.   ¶¶91-93: DENIED.

23.   ¶¶94-97: DENIED.

687986_1



24.    ¶¶98-99: DENIED.

25.    ¶100: DENIED.

26.    ¶¶101-102: DENIED.

27.    ¶¶103-105: DENIED.

28.



- 17 -



687986_1



## IV.    LOSS CAUSATION/DAMAGES

29.    ¶¶106-108: DENIED.

687986_1



- 20 -



687986_1

30.    ¶109: DENIED.



31.    ¶¶110-117:  DENIED.



32.    ¶¶118-119: DENIED.

33.    ¶¶120-122: DENIED.

34.    ¶¶123-125: DENIED.

35.    ¶¶126-127: DENIED.

36.    ¶¶128-132:  DENIED.



37.    ¶¶133-134: DENIED

38.    ¶¶135-136: DENIED.

39.    ¶¶137-140:  DENIED.

40.

- 24 -



DATED:  February 29, 2012                 Respectfully submitted,

                                          ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                          PATRICK J. COUGHLIN
                                          DANIEL S. DROSMAN
                                          JESSICA T. SHINNEFIELD
                                          DARRYL J. ALVARADO


                                          _____
                                                 s/ DANIEL S. DROSMAN
                                                 DANIEL S. DROSMAN

                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101-3301
                                          Telephone:  619/231-1058
                                          619/231-7423 (fax)
                                          patc@rgrdlaw.com
                                          dand@rgrdlaw.com
                                          jshinnefield@rgrdlaw.com
                                          dalvarado@rgrdlaw.com

                                          - 25 -

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
LUKE O. BROOKS
JASON C. DAVIS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
lukeb@rgrdlaw.com
jdavis@rgrdlaw.com

Attorneys for Plaintiffs

POMERANTZ HAUDEK GROSSMAN
  &amp; GROSS LLP
MARC I. GROSS
TAMAR A. WEINRIB
100 Park Avenue
New York, NY 10017-5516
Telephone: 212/661-1100
212/661-8665 (fax)
migross@pomlaw.com
taweinrib@pomlaw.com

Additional Attorneys for Plaintiff State Board of
Administration of Florida

CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 29, 2012.

s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: ddrosman@rgrdlaw.com

687986_1

# Mailing Information for a Case 1:08-cv-07508-SAS-DCF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Floyd Abrams**
  fabrams@cahill.com

- **Mario Aieta**
  maieta@ssbb.com,managingclerk@ssbb.com,marioaieta@gmail.com,dgerard@ssbb.com

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,nhorstman@rgrdlaw.com

- **X Jay Alvarez**
  jaya@rgrdlaw.com

- **Anne L. Box**
  anneb@rgrdlaw.com

- **Luke Orion Brooks**
  lukeb@rgrdlaw.com

- **Andrea Rose Butler**
  abutler@cahill.com

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com,stremblay@rgrdlaw.com

- **Dai Wai Chin Feman**
  dchinfeman@ssbb.com

- **James J. Coster**
  jcoster@ssbb.com,managingclerk@ssbb.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,jillk@rgrdlaw.com,E_File_SD@rgrdlaw.com,nlindell@rgrdlaw.com,tholindrake@rgrdlaw.com,jcharo@rgrdlaw.com

- **Michael Fred Ghozland**
  mghozland@rgrdlaw.com

- **Marc Ian Gross**
  migross@pomlaw.com

- **Justin Evan Klein**
  jklein@ssbb.com,managingclerk@ssbb.com

- **Jeffrey B. Korn**
  jkorn@willkie.com

- **Nathan R. Lindell**
  nlindell@rgrdlaw.com

- **William Ross Miller , Jr**
  william.miller@dpw.com,ecf.ct.papers@dpw.com

- **Tariq Mundiya**
  maosdny@willkie.com,jsim@willkie.com,tmundiya@willkie.com

- **David Owen**
  dowen@cahill.com

- **Antonio Jorge Perez-Marques**
  antonio.perez@dpw.com,ecf.ct.papers@dpw.com

- **Dean I. Ringel**
  DRingel@Cahill.com,JHall@cahill.com

- **Christopher Joseph Roche**
  christopher.roche@davispolk.com

- **James P. Rouhandeh**
  james.rouhandeh@dpw.com,ecf.ct.papers@davispolk.com

- **Tammy Lynn Roy**
  troy@cahill.com,ndelutri@cahill.com,mmcloughlin@cahill.com,nmarcantonio@cahill.com

- **Joshua M. Rubins**
  jrubins@ssbb.com,managingclerk@ssbb.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Andrew Dickens Schlichter**
  andrew.schlichter@dpw.com

- **Jessica T. Shinnefield**
  jshinnefield@rgrdlaw.com

- **Aaron Mark Zeisler**
  azeisler@ssbb.com,managingclerk@ssbb.com

- **Adam N. Zurofsky**
  azurofsky@cahill.com,MMcLoughlin@cahill.com,NMarcantonio@cahill.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David C. Walton
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301
```