TAB 173

| From: | "Telesca, Frank (FID)" <Frank.Telesca@morganstanley.com> |
|---|---|
| To: | "Barrow, Pamela (FID)" <Pamela.Barrow@morganstanley.com>; "Peterson, Anton (FID)" <Anton.Peterson@morganstanley.com>; "Gilly, Kris (FID)" <Kris.Gilly@morganstanley.com> |
| Cc: | "Shapiro, Steven (FID)" <Steven.Shapiro@morganstanley.com> |
| Sent: | Tuesday, September 26, 2006 4:13 PM |
| Subject: | RE: sampling methodology |

All,

Prior email cites that only 15% of the NC3 foreclosure loans were in our diligence sample. While the number is accurate, it is somewhat misleading since it does not address loans that were kicked out. (Not sure if it would be better if we reviewed and approved a lot of them.)

Working with collateral/research to do similar analysis to what we discussed in the meeting - what characteristics are most associated with default and increasing the sampling priority for them.


Frank Telesca- Executive Director
Morgan Stanley | Fixed Income
1585 Broadway | Floor 10
New York, NY 10036
Phone: +1 212 761-1105
Fax: +1 212 507-8305
Frank.Telesca@morganstanley.com



From: Telesca, Frank (FID)
Sent: Tuesday, September 26, 2006 1:03 PM
To: Barrow, Pamela (FID); Peterson, Anton (FID); Gilly, Kris (FID)
Cc: Shapiro, Steven (FID)
Subject: sampling methodology


All,

As a follow on to our sampling meeting, we are looking at early performance on our 2006 deals. In a limited sample size on NC3 (50MM of early defaults), the trend seems to show that levered 1st time borrowers (particularly those with weak docs) are defaulting very quickly.

Although it probably isn't news to anyone that these loans are weak,



Highly Confidential Investor Materials
Highly Confidential Marketing Materials

MS_RHI_002669015

they are a significant portion of the foreclosure bucket in month 6 (40% of foreclosure loans are to 1st time borrowers, 65% of those loans are stated and they have a 95+% Simultaneous 2nd LTV). Despite these characteristics, only 15% of the loans that are in the NC3 Foreclosure bucket were in our diligence sample. We are in the process of looking at similar data on a handful of other '06 deals to see if this is specific to New Century or is a broader trend.

Once we have a better picture of the data, we can talk about next steps.


Frank Telesca- Executive Director
Morgan Stanley | Fixed Income
1585 Broadway | Floor 10
New York, NY 10036
Phone: +1 212 761-1105
Fax: +1 212 507-8305
Frank.Telesca@morganstanley.com

Highly Confidential Investor Materials
Highly Confidential Marketing Materials

MS_RHI_002669016