UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ———————————————————— x | | |
| ABU DHABI COMMERCIAL BANK, et al., Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:08-cv-07508 |
| | : | CLASS ACTION |
| Plaintiffs, | : : : | DECLARATION OF DANIEL S. |
| | : | DROSMAN IN SUPPORT OF PLAINTIFFS' |
| vs. | : | OPPOSITION TO DEFENDANTS' JOINT |
| | : | MOTION FOR SUMMARY JUDGMENT |
| MORGAN STANLEY & CO. INCORPORATED, et al., | : : | PURSUANT TO THE COURT'S JUNE 22, 2012 DIRECTIVE |
| | : | |
| Defendants. | : : | |
| ———————————————————— x | | |

**[VOLUME 19, TABS 384-403]**

I, Daniel S. Drosman, declare as follows:

1.      I am an attorney admitted to practice before this Court, and I am a partner of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for plaintiffs in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Joint Motion for Summary Judgment pursuant to the Court's June 22, 2012 directive.

2.      Attached are true and correct copies of the following documents:

| | |
|---|---|
| Tab 1 | Excerpts from the Deposition Transcript of Sascha Klaus dated October 26, 2011 |
| Tab 2 | Excerpts from the Deposition Transcript of Sascha Klaus dated October 27, 2011 |
| Tab 3 | Excerpts from the Deposition Transcript of Paul Quistberg dated July 22, 2011 |
| Tab 4 | Excerpts from the Deposition Transcript of Christopher Burton dated November 15, 2011 |
| Tab 5 | Excerpts from the Deposition Transcript of Yaser Humaidan dated October 3, 2011 |
| Tab 6 | Excerpts from the Deposition Transcript of David Wilson dated October 5, 2011 |
| Tab 7 | Excerpts from the Deposition Transcript of David Wilson dated October 6, 2011 |
| Tab 8 | Excerpts from the Deposition Transcript of Frederic Becker dated September 26, 2011 |
| Tab 9 | Excerpts from the Deposition Transcript of Kenneth M. Guy dated February 9, 2010 |
| Tab 10 | Excerpts from the Deposition Transcript of Kenneth M. Guy dated February 10, 2010 |
| Tab 11 | Excerpts from the Deposition Transcript of Daisy Lac dated June 10, 2011 |
| Tab 12 | Excerpts from the Deposition Transcript of Byung-Gyu Pahk dated October 12, 2011 |
| Tab 13 | Excerpts from the Deposition Transcript of Byung-Gyu Pahk dated October 14, 2011 |
| Tab 14 | Excerpts from the Deposition Transcript of Christian Herter dated September 28, 2011 |
| Tab 15 | Excerpts from the Deposition Transcript of Phillip Picariello dated September 9, 2011 |
| Tab 16 | Excerpts from the Deposition Transcript of James Chen dated October 17, 2011 |

| Tab 17 | Excerpts from the Deposition Transcript of Dennis Walsh dated November 21, 2011 |
| --- | --- |
| Tab 18 | Excerpts from the Deposition Transcript of James Smigiel dated February 4, 2010 |
| Tab 19 | Excerpts from the Deposition Transcript of Vikas Vijayan dated January 19, 2010 |
| Tab 20 | Excerpts from the Deposition Transcript of Andrew Baron dated September 15, 2011 |
| Tab 21 | Excerpts from the Deposition Transcript of Charles Cox dated February 17, 2010 |
| Tab 22 | Plaintiffs' Deposition Exhibit 352 (Khakee, March 17, 2011) |
| Tab 23 | S&P-ADCB 0000001-24 |
| Tab 24 | MS_000051811-17 |
| Tab 25 | MDYS ADCB 084921-32 |
| Tab 26 | Plaintiffs' Deposition Exhibit 689 (Polansky, November 1, 2011) |
| Tab 27 | Moody's Approach to Rating Collateralized Loan Obligations |
| Tab 28 | Plaintiffs' Deposition Exhibit 341 (Michalek, March 12, 2011) |
| Tab 29 | PSI-MOODYS-RFN-000007-08 |
| Tab 30 | Plaintiffs' Deposition Exhibit 49 (Rosa, November 18, 2009) |
| Tab 31 | Plaintiffs' Deposition Exhibit 339 (Tabe, March 9, 2011) |
| Tab 32 | Plaintiffs' Deposition Exhibit 607 (Kornfeld, June 28, 2011) |
| Tab 33 | Plaintiffs' Deposition Exhibit 382 (Rosa, April 5, 2011) |
| Tab 34 | Plaintiffs' Deposition Exhibit 332 (Tabe, March 9, 2011) |
| Tab 35 | Plaintiffs' Deposition Exhibit 593 (Clarkson, May 26, 2011) |
| Tab 36 | Plaintiffs' Deposition Exhibit 241 (Kolchinsky, February 18, 2011) |
| Tab 37 | Plaintiffs' Deposition Exhibit 581 (Clarkson, May 25, 2011) |
| Tab 38 | PSI-MOODYS-000056-57 |

| Tab 39 | MOODYS-COGR-0038025-29 |
|---|---|
| Tab 40 | Excerpts from the Deposition Transcript of Henry Tabe dated March 8, 2011 |
| Tab 41 | Plaintiffs' Deposition Exhibit 598 (Clarkson, May 26, 2011) |
| Tab 42 | PSI-MOODYS-000067-68 |
| Tab 43 | Excerpts from the Deposition Transcript of David Rosa dated April 6, 2011 |
| Tab 44 | Plaintiffs' Deposition Exhibit 148 (Guadagnuolo, January 13, 2011) |
| Tab 45 | Plaintiffs' Deposition Exhibit 96 (Raiter, October 29, 2010) |
| Tab 46 | Plaintiffs' Deposition Exhibit 561 (Wong, April 25, 2011) |
| Tab 47 | Plaintiffs' Deposition Exhibit 298 (Inglis, March 4, 2011) |
| Tab 48 | Plaintiffs' Deposition Exhibit 195 (Gilkes, January 20, 2011) |
| Tab 49 | Plaintiffs' Deposition Exhibit 77 (Raiter, October 28, 2010) |
| Tab 50 | Plaintiffs' Deposition Exhibit 84 (Raiter, October 28, 2010) |
| Tab 51 | Plaintiffs' Deposition Exhibit 201 (Gilkes, January 21, 2011) |
| Tab 52 | Plaintiffs' Deposition Exhibit 211 (Gilkes, January 21, 2011) |
| Tab 53 | PSI-SP-000015 |
| Tab 54 | PSI-SP-000045-46 |
| Tab 55 | Plaintiffs' Deposition Exhibit 91 (Raiter, October 28, 2010) |
| Tab 56 | Plaintiffs' Deposition Exhibit 178 (Guadagnuolo, January 14, 2011) |
| Tab 57 | Plaintiffs' Deposition Exhibit 294 (Inglis, March 4, 2011) |
| Tab 58 | Plaintiffs' Deposition Exhibit 405 (Gillis, April 14, 2011) |
| Tab 59 | Plaintiffs' Deposition Exhibit 130 (Rooney, November 11, 2010) |
| Tab 60 | Plaintiffs' Deposition Exhibit 51 (Rosa, November 18, 2009) |

| Tab 61 | Plaintiffs' Deposition Exhibit 258 (Drennan, February 28, 2011) |
|--------|------------------------------------------------------------------|
| Tab 62 | Plaintiffs' Deposition Exhibit 257 (Drennan, February 28, 2011) |
| Tab 63 | Plaintiffs' Deposition Exhibit 256 (Drennan, February 28, 2011) |
| Tab 64 | Plaintiffs' Deposition Exhibit 279 (Drennan, March 1, 2011) |
| Tab 65 | Plaintiffs' Deposition Exhibit 8 (Moubarak, November 6, 2009) |
| Tab 66 | Plaintiffs' Deposition Exhibit 303 (Tabe, March 8, 2011) |
| Tab 67 | Plaintiffs' Deposition Exhibit 271 (Drennan, March 1, 2011) |
| Tab 68 | Plaintiffs' Deposition Exhibit 266 (Drennan, March 1, 2011) |
| Tab 69 | Excerpts from the Deposition Transcript of Gregg Drennan dated February 28, 2011 |
| Tab 70 | Plaintiffs' Deposition Exhibit 261 (Drennan, February 28, 2011) |
| Tab 71 | Plaintiffs' Deposition Exhibit 264 (Drennan, March 1, 2011) |
| Tab 72 | Plaintiffs' Deposition Exhibit 267 (Drennan, March 1, 2011) |
| Tab 73 | Plaintiffs' Deposition Exhibit 272 (Drennan, March 1, 2011) |
| Tab 74 | MS_000747249-51 |
| Tab 75 | MS_000747252-305 |
| Tab 76 | MS_000747306-35 |
| Tab 77 | Z0908422-23 |
| Tab 78 | MS_000751435 |
| Tab 79 | MS_000418510-56 |
| Tab 80 | S&P-ADCB 0175060-82 |
| Tab 81 | S&P-ADCB 0067639-64 |
| Tab 82 | S&P-ADCB 0174793 |

729159_1

| Tab 83 | S&P-ADCB 0062634-35 |
|---|---|
| Tab 84 | Plaintiffs' Deposition Exhibit 275 (Drennan, March 1, 2011) |
| Tab 85 | MS 000313572-605 |
| Tab 86 | MS 000436292-93 |
| Tab 87 | MS 000408489-95 |
| Tab 88 | Plaintiffs' Deposition Exhibit 617 (Mallinson, July 15, 2011) |
| Tab 89 | MS_001370606-08 |
| Tab 90 | Plaintiffs' Deposition Exhibit 118 (Moubarak, November 9, 2010) |
| Tab 91 | Plaintiffs' Deposition Exhibit 121 (Moubarak, November 9, 2010) |
| Tab 92 | Plaintiffs' Deposition Exhibit 24 (Moubarak, November 6, 2009) |
| Tab 93 | Plaintiffs' Deposition Exhibit 25 (Moubarak, November 6, 2009) |
| Tab 94 | Plaintiffs' Deposition Exhibit 122 (Moubarak, November 9, 2010) |
| Tab 95 | Plaintiffs' Deposition Exhibit 125 (Moubarak, November 9, 2010) |
| Tab 96 | Plaintiffs' Deposition Exhibit 615 (Mallinson, July 15, 2011) |
| Tab 97 | Plaintiffs' Deposition Exhibit 623 (Mallinson, July 15, 2011) |
| Tab 98 | MS_000622334 |
| Tab 99 | MS_000622783-89 |
| Tab 100 | Plaintiffs' Deposition Exhibit 140 (Rooney, November 11, 2010) |
| Tab 101 | MS 000622539-41 |
| Tab 102 | MS 000551712-13 |
| Tab 103 | MS_000091929-30 |
| Tab 104 | MS_000001236-39 |

729159_1

| Tab 105 | MS_000091683-87 |
|---------|-----------------|
| Tab 106 | Defendants' Deposition Exhibit 240 (Kahn, July 11, 2011) |
| Tab 107 | Plaintiffs' Deposition Exhibit 245 (Kolchinsky, February 18, 2011) |
| Tab 108 | Plaintiffs' Deposition Exhibit 246 (Kolchinsky, February 18, 2011) |
| Tab 109 | Plaintiffs' Deposition Exhibit 255 (Kolchinsky, February 18, 2011) |
| Tab 110 | Plaintiff Bank SinoPac's Responses to Interrogatories served November 11, 2011 |
| Tab 111 | Ninth Amended Complaint for Common Law Fraud, Negligent Misrepresentation, Negligence, Breach of Fiduciary Duty, and Aiding and Abetting |
| Tab 112 | MS_001279858-67 |
| Tab 113 | Excerpts from the Deposition Transcript of Gregg Drennan dated March 1, 2011 |
| Tab 114 | MS_001295777-79 |
| Tab 115 | MS_001439223 |
| Tab 116 | Z0418116-20 |
| Tab 117 | Plaintiffs' Deposition Exhibit 278 (Drennan, March 1, 2011) |
| Tab 118 | MS 000222478-80 |
| Tab 119 | Plaintiffs' Deposition Exhibit 72 (Grenadier, April 2, 2010) |
| Tab 120 | Plaintiffs' Deposition Exhibit 284 (Inglis, March 3, 2011) |
| Tab 121 | S&P-ADCB 0163278-82 |
| Tab 122 | S&P-ADCB 0064722-5058 |
| Tab 123 | MS_001277854-55 |
| Tab 124 | Excerpts from the Deposition Transcript of Kai Gilkes dated January 20, 2011 |
| Tab 125 | Excerpts from the Deposition Transcript of Perry Inglis dated March 3, 2011 |

- 6 -

| Tab 126 | Plaintiffs' Deposition Exhibit 190 (Gilkes, January 20, 2011) |
| Tab 127 | Plaintiffs' Deposition Exhibit 191 (Gilkes, January 20, 2011) |
| Tab 128 | Plaintiffs' Deposition Exhibit 203 (Gilkes, January 21, 2011) |
| Tab 129 | PSI-SP-000091-92 |
| Tab 130 | Plaintiffs' Deposition Exhibit 587 (Clarkson, May 25, 2011) |
| Tab 131 | Plaintiffs' Deposition Exhibit 600 (Clarkson, May 26, 2011) |
| Tab 132 | Excerpts from the Deposition Transcript of Brian Clarkson dated May 26, 2011 |
| Tab 133 | Excerpts from the Deposition Transcript of Ilya Kolchinsky dated February 18, 2011 |
| Tab 134 | Plaintiffs' Deposition Exhibit 434 (Fons, April 18, 2011) |
| Tab 135 | Excerpts from the Deposition Transcript of Jerome Fons dated April 18, 2011 |
| Tab 136 | Plaintiffs' Deposition Exhibit 703 (Peterson, November 22, 2011) |
| Tab 137 | Plaintiffs' Deposition Exhibit 701 (Peterson, November 22, 2011) |
| Tab 138 | Plaintiffs' Deposition Exhibit 702 (Peterson, November 22, 2011) |
| Tab 139 | Plaintiffs' Deposition Exhibit 706 (Peterson, November 22, 2011) |
| Tab 140 | Plaintiffs' Deposition Exhibit 535 (Beal, April 26, 2011) |
| Tab 141 | Plaintiffs' Deposition Exhibit 536 (Beal, April 26, 2011) |
| Tab 142 | Excerpts from the Deposition Transcript of Anton Peterson dated November 22, 2011 |
| Tab 143 | Plaintiffs' Deposition Exhibit 695 (Teicher, November 2, 2011) |
| Tab 144 | Clayton Due Diligence Results on Securities Held by Cheyne SIV |
| Tab 145 | BPO Due Diligence Results on Securities Held by Cheyne SIV |
| Tab 146 | MS_001427570-71 |
| Tab 147 | Plaintiffs' Deposition Exhibit 154 (Guadagnuolo, January 13, 2011) |

| Tab 148 | Plaintiffs' Deposition Exhibit 386 (Rosa, April 5, 2011) |
|---------|----------------------------------------------------------|
| Tab 149 | Excerpts from the Deposition Transcript of Frank Raiter dated October 28, 2010 |
| Tab 150 | Excerpts from the Deposition Transcript of Frank Raiter dated October 29, 2010 |
| Tab 151 | Excerpts from the Deposition Transcript of Francis Parisi dated April 1, 2011 |
| Tab 152 | Comment on SEC Proposed Rules for Nationally Recognized Statistical Rating Organizations by William J. Harrington dated August 8, 2011 |
| Tab 153 | Plaintiffs' Deposition Exhibit 6 (Ottley, October 30, 2009) |
| Tab 154 | Plaintiffs' Deposition Exhibit 75 (Raiter, October 28, 2010) |
| Tab 155 | Excerpts from the Deposition Transcript of Nikhil Khakee dated March 17, 2011 |
| Tab 156 | Plaintiffs' Deposition Exhibit 40 (Guadagnuolo, November 12, 2009) |
| Tab 157 | MS_001448191-92 |
| Tab 158 | MS 000552082-85 |
| Tab 159 | MS_001436674-75 |
| Tab 160 | MS_001438849-50 |
| Tab 161 | MS 000581478 |
| Tab 162 | Plaintiffs' Deposition Exhibit 20 (Moubarak, November 6, 2009) |
| Tab 163 | MS 000137616-51 |
| Tab 164 | MS 000436148-49 |
| Tab 165 | Plaintiffs' Deposition Exhibit 35 (Moubarak, November 6, 2009) |
| Tab 166 | Plaintiffs' Deposition Exhibit 385 (Rosa, April 5, 2011) |
| Tab 167 | Plaintiffs' Deposition Exhibit 152 (Guadagnuolo, January 13, 2011) |
| Tab 168 | Plaintiffs' Deposition Exhibit 111 (Moubarak, November 9, 2010) |
| Tab 169 | Plaintiffs' Deposition Exhibit 156 (Guadagnuolo, January 14, 2011) |

- 8 -

| Tab 170 | Plaintiffs' Deposition Exhibit 28 (Moubarak, November 6, 2009) |
| Tab 171 | Plaintiffs' Deposition Exhibit 704 (Peterson, November 22, 2011) |
| Tab 172 | August 3, 2010 letter from Mr. Rouhandeh to Judge Scheindlin |
| Tab 173 | Plaintiffs' Deposition Exhibit 707 (Peterson, November 22, 2011) |
| Tab 173-A | July 23, 2010 letter from Mr. Perez-Marques to Mr. Alvarez |
| Tab 174 | January 10, 2011 letter from Mr. Alvarado to Mr. Perez-Marques |
| Tab 175 | Morgan Stanley's June 30, 2004 SEC Form 8-K |
| Tab 176 | The Six Morgan Stanley-Arranged Assets that Were in the Cheyne SIV |
| Tab 177 | "Howie Hubler of New Jersey: The Return of the Subprime Villain," *N.Y. Observer*, Mar. 24, 2010 |
| Tab 178 | "Eve of Destruction," *N.Y. Times*, Apr. 18, 2010 |
| Tab 179 | MS_001429693-95 |
| Tab 180 | MS 000272610-11 |
| Tab 181 | MS 000597873-99 |
| Tab 182 | MS 000560827-32 |
| Tab 183 | MS 000435454-59 |
| Tab 184 | Plaintiffs' Deposition Exhibit 153 (Guadagnuolo, January 13, 2011) |
| Tab 185 | Plaintiffs' Deposition Exhibit 129 (Rooney, November 11, 2010) |
| Tab 186 | August 24, 2010 letter from Russell Capone to Mr. Drosman |
| Tab 187 | S&P-ADCB 0041603-66 |
| Tab 188 | S&P-ADCB 0083920-79 |
| Tab 189 | S&P-ADCB 0080003-58 |
| Tab 190 | S&P-ADCB 0042245-302 |

- 9 -

| Tab 191 | S&P-ADCB 0532876-91 |
| Tab 192 | S&P-PSI 0000028-35 |
| Tab 193 | Plaintiffs' Deposition Exhibit 591 (Clarkson, May 26, 2011) |
| Tab 194 | Plaintiffs' Deposition Exhibit 291 (Inglis, March 4, 2011) |
| Tab 195 | Plaintiffs' Deposition Exhibit 567 (Scott, April 28, 2011) |
| Tab 196 | S&P-ADCB 0951488-504 |
| Tab 197 | Plaintiffs' Deposition Exhibit 208 (Gilkes, January 21, 2011) |
| Tab 198 | Plaintiffs' Deposition Exhibit 570 (Scott, April 28, 2011) |
| Tab 199 | Plaintiffs' Deposition Exhibit 574 (Scott, April 28, 2011) |
| Tab 200 | Plaintiffs' Deposition Exhibit 558 (Wong, April 25, 2011) |
| Tab 201 | Plaintiffs' Deposition Exhibit 680 (Kirnon, July 28, 2011) |
| Tab 202 | Plaintiffs' Deposition Exhibit 677 (Kirnon, July 28, 2011) |
| Tab 203 | Plaintiffs' Deposition Exhibit 608 (Kornfeld, June 28, 2011) |
| Tab 204 | Plaintiffs' Deposition Exhibit 605 (Kornfeld, June 28, 2011) |
| Tab 205 | Plaintiffs' Deposition Exhibit 10 (Moubarak, November 6, 2009) |
| Tab 206 | Plaintiffs' Deposition Exhibit 588 (Clarkson, May 25, 2011) |
| Tab 207 | MDYS ADCB 992546-626 |
| Tab 208 | MDYS ADCB 1193291-370 |
| Tab 209 | Plaintiffs' Deposition Exhibit 676 (Kirnon, July 28, 2011) |
| Tab 210 | CRDT_RTG_EX11_0000015-25 |
| Tab 211 | Excerpts from the Deposition Transcript of Kai Gilkes dated January 21, 2011 |
| Tab 212 | MDYS ADCB 104888-89 |

| Tab 213 | Plaintiffs' Deposition Exhibit 44 (Rosa, November 18, 2009) |
|---|---|
| Tab 214 | S&P-ADCB 0955448-49 |
| Tab 215 | S&P-ADCB 0072653-62 |
| Tab 216 | S&P-ADCB 0069391-97 |
| Tab 217 | S&P-ADCB 0011420-21 |
| Tab 218 | S&P-ADCB 0011333-34 |
| Tab 219 | S&P-ADCB 0059389-95 |
| Tab 219-A | S&P-ADCB 0035117 |
| Tab 219-B | S&P-ADCB 0062270-71 |
| Tab 219-C | S&P-ADCB 0022182-84 |
| Tab 219-D | MS_001445900-01 |
| Tab 220 | MDYS ADCB 1171739-46 |
| Tab 221 | CRDT_RTG_EX11_0000161 |
| Tab 222 | Plaintiffs' Deposition Exhibit 592 (Clarkson, May 26, 2011) |
| Tab 223 | CRDT_RTG_EX11_0000168-75 |
| Tab 224 | May 18, 2010 *King County* hearing transcript excerpt |
| Tab 225 | Defendants' Deposition Exhibit 464 (Humaidan, October 3, 2011) |
| Tab 226 | Defendants' Deposition Exhibit 456 (Humaidan, October 3, 2011) |
| Tab 227 | Defendants' Deposition Exhibit 457 (Humaidan, October 3, 2011) |
| Tab 227-A | Defendants' Deposition Exhibit 473 (Humaidan, October 3, 2011) |
| Tab 228 | GIBe0369895-96 |
| Tab 229 | Excerpts from the Deposition Transcript of Byung-Gyu Pahk dated October 13, 2011 |

729159_1

| Tab 230 | NACF0000418-58 |
|---------|----------------|
| Tab 231 | NACFe00001242-49 |
| Tab 231-A | Defendants' Deposition Exhibit 527 (Chen, October 17, 2011) |
| Tab 232 | Excerpts from the Deposition Transcript of Andrew Baron dated September 14, 2011 |
| Tab 233 | BTRFLDe0000525-27 |
| Tab 234 | Plaintiffs' Deposition Exhibit 1 (Becker, September 26, 2011) |
| Tab 235 | BHAe0052548-77 |
| Tab 236 | BHAe0053543-64 |
| Tab 237 | BHAe0016802 |
| Tab 238 | BHA0002606-35 |
| Tab 239 | BHA0002647-712 |
| Tab 240 | Defendants' Deposition Exhibit 433 (Herter, September 28, 2011) |
| Tab 241 | Defendants' Deposition Exhibit 446 (Herter, September 29, 2011) |
| Tab 242 | Excerpts from the Deposition Transcript of Christian Herter dated September 29, 2011 |
| Tab 243 | CBe00025721-27 |
| Tab 244 | CBe00855075-81 |
| Tab 245 | CBe00414179-82 |
| Tab 246 | Defendants' Deposition Exhibit 546 (Klaus, October 27, 2011) |
| Tab 247 | CB0000019-58 |
| Tab 248 | CBe00839234-96 |
| Tab 249 | Excerpts from the Deposition Transcript of James Grossman dated November 10, 2011 |
| Tab 250 | Defendants' Deposition Exhibit 3 (Grossman, November 10, 2011) |

729159_1

| Tab 251 | Defendants' Deposition Exhibit 4 (Grossman, November 10, 2011) |
|---------|----------------------------------------------------------------|
| Tab 252 | Excerpts from the Deposition Transcript of Michael Lombardi dated November 10, 2011 |
| Tab 253 | FSBAe00055076-78 |
| Tab 253-A | Excerpts from the Deposition Transcript of William Allen dated November 21, 2011 |
| Tab 254 | Defendants' Deposition Exhibit 294 (Quistberg, July 22, 2011) |
| Tab 255 | Excerpts from the Deposition Transcript of James Smigiel dated February 5, 2010 |
| Tab 256 | SEI0010510-12 |
| Tab 257 | Excerpts from the Deposition Transcript of Vikas Vijayan dated January 18, 2010 |
| Tab 258 | Excerpts from the Deposition Transcript of Olivia Birchall dated March 5, 2010 |
| Tab 259 | Defendants' Deposition Exhibit 3 (Vijayan, January 18, 2010) |
| Tab 260 | Defendants' Deposition Exhibit 4 (Vijayan, January 18, 2010) |
| Tab 261 | Defendants' Deposition Exhibit 13 (Vijayan, January 18, 2010) |
| Tab 261-A | Defendants' Deposition Exhibit 5 (Vijayan, January 18, 2010) |
| Tab 262 | Defendants' Deposition Exhibit 514 (Wilson, October 5, 2011) |
| Tab 263 | Defendants' Deposition Exhibit 511 (Wilson, October 5, 2011) |
| Tab 264 | NZFe0529247-78 |
| Tab 265 | Excerpts from the Deposition Transcript of Lauren Woo dated June 22, 2011 |
| Tab 266 | Excerpts from the Deposition Transcript of Michael Smith dated June 16, 2011 |
| Tab 267 | Excerpts from the Deposition Transcript of Steven Grenadier dated April 2, 2010 |
| Tab 268 | Plaintiffs' Deposition Exhibit 348 (Khakee, March 16, 2011) |
| Tab 269 | Plaintiffs' Deposition Exhibit 597 (Clarkson, May 26, 2011) |
| Tab 270 | MS_000077748-62 |

- 13 -

| Tab 271 | Plaintiffs' Deposition Exhibit 38 (Guadagnuolo, November 12, 2009) |
| Tab 272 | Plaintiffs' Deposition Exhibit 236 (Duignan, February 16, 2011) |
| Tab 273 | Plaintiffs' Deposition Exhibit 336 (Tabe, March 9, 2011) |
| Tab 274 | Excerpts from the Deposition Transcript of Henry Tabe dated March 9, 2011 |
| Tab 275 | Plaintiffs' Deposition Exhibit 619 (Mallinson, July 15, 2011) |
| Tab 276 | Plaintiffs' Deposition Exhibit 71 (Grenadier, April 2, 2010) |
| Tab 277 | Plaintiffs' Deposition Exhibit 316 (Tabe, March 8, 2011) |
| Tab 278 | Plaintiffs' Deposition Exhibit 269 (Drennan, March 1, 2011) |
| Tab 279 | Plaintiffs' Deposition Exhibit 628 (Mallinson, July 15, 2011) |
| Tab 280 | Plaintiffs' Deposition Exhibit 627 (Mallinson, July 15, 2011) |
| Tab 281 | MS 000397367-69 |
| Tab 282 | MDYS ADCB 1262281-97 |
| Tab 283 | Plaintiffs' Deposition Exhibit 688 (Polansky, November 1, 2011) |
| Tab 284 | Plaintiffs' Deposition Exhibit 675 (Kirnon, July 28, 2011) |
| Tab 285 | Plaintiffs' Deposition Exhibit 427 (Fons, April 18, 2011) |
| Tab 286 | Plaintiffs' Deposition Exhibit 347 (Khakee, March 16, 2011) |
| Tab 287 | Plaintiffs' Deposition Exhibit 515 (Jordan, April 20, 2011) |
| Tab 288 | Plaintiffs' Deposition Exhibit 579 (Scott, April 28, 2011) |
| Tab 289 | Rebuttal Declaration of Charles C. Cox in Support of Plaintiffs' Motion for Class Certification |
| Tab 290 | MDYS ADCB 459545-59 |
| Tab 291 | Plaintiffs' Deposition Exhibit 395 (Rosa, April 6, 2011) |
| Tab 292 | MDYS ADCB 790152-245 |

| Tab 293 | MDYS ADCB 999141-43 |
| Tab 294 | MS 000231262-64 |
| Tab 295 | MS_000634695 |
| Tab 296 | "Wall Street and the Financial Crisis: Anatomy of a Financial Collapse," Permanent Subcommittee on Investigations, United States Senate, Apr. 13, 2011 |
| Tab 297 | United States Senate, Permanent Subcommittee on Investigations' Exhibit 86 |
| Tab 298 | Plaintiffs' Deposition Exhibit 137 (Rooney, November 11, 2010) |
| Tab 299 | Plaintiffs' Deposition Exhibit 138 (Rooney, November 11, 2010) |
| Tab 300 | Plaintiffs' Deposition Exhibit 139 (Rooney, November 11, 2010) |
| Tab 301 | MS 000622208-09 |
| Tab 302 | MS 000622331-33 |
| Tab 303 | Plaintiffs' Deposition Exhibit 324 (Tabe, March 9, 2011) |
| Tab 304 | Troubled Loans Chart September 2007 |
| Tab 305 | Intentionally Left Blank |
| Tab 306 | Plaintiffs' Deposition Exhibit 325 (Tabe, March 9, 2011) |
| Tab 307 | MDYS ADCB 823648-64 |
| Tab 308 | MS 000281111-14 |
| Tab 309 | MS_000622763-65 |
| Tab 310 | MS_001370797-98 |
| Tab 311 | MS_001370799 |
| Tab 312 | MS_000625187-90 |
| Tab 313 | MS_000622749-51 |

- 15 -

| Tab 314 | MS 000281096-97 |
| Tab 315 | MS_000732118-20 |
| Tab 316 | Plaintiffs' Deposition Exhibit 327 (Tabe, March 9, 2011) |
| Tab 317 | Plaintiffs' Deposition Exhibit 329 (Tabe, March 9, 2011) |
| Tab 318 | MS_000094443 |
| Tab 319 | July and August 2007 Asset Sales |
| Tab 320 | MS_000095551-58 |
| Tab 321 | MS 000551719-24 |
| Tab 322 | Plaintiffs' Deposition Exhibit 143 (Rooney, November 11, 2010) |
| Tab 323 | S&P-ADCB 0111876-79 |
| Tab 324 | Plaintiffs' Deposition Exhibit 2 (Woo, June 22, 2011) |
| Tab 325 | MS 000121701-02 |
| Tab 326 | Plaintiffs' Deposition Exhibit 399 (Rosa, April 6, 2011) |
| Tab 327 | S&P-ADCB 0018202-03 |
| Tab 328 | Z1236791-95 |
| Tab 329 | Defendants' Deposition Exhibit 241 (Kahn, July 11, 2011) |
| Tab 330 | Defendants' Deposition Exhibit 242 (Kahn, July 11, 2011) |
| Tab 331 | Excerpts from the Deposition Transcript of Neville Kahn dated July 11, 2011 |
| Tab 332 | Plaintiffs' Deposition Exhibit 596 (Clarkson, May 26, 2011) |
| Tab 333 | Plaintiffs' Deposition Exhibit 340 (Tabe, March 9, 2011) |
| Tab 334 | Troubled Loans Chart July 2007 |
| Tab 335 | Troubled Loans Chart June 2008 |

- 16 -

| Tab 336 | Troubled Loans Chart January 2012 |
|---------|-----------------------------------|
| Tab 337 | MS 000551739-40 |
| Tab 337-A | MS_000003786-87 |
| Tab 338 | Z0889386-404 |
| Tab 339 | MDYS ADCB 054472-74 |
| Tab 340 | MDYS ADCB 011330-56 |
| Tab 341 | MDYS ADCB 049170-73 |
| Tab 342 | MDYS ADCB 052458-62 |
| Tab 343 | MDYS ADCB 051798-805 |
| Tab 344 | MS_001439320-21 |
| Tab 345 | MS_000635044-46 |
| Tab 346 | MS 000229378-79 |
| Tab 347 | MS 000289690-97 |
| Tab 348 | MS_001471088-90 |
| Tab 349 | S&P-ADCB 0150433-38 |
| Tab 350 | S&P-ADCB 0112363-65 |
| Tab 351 | CBe00140784-85 |
| Tab 352 | GIBe0023435-39 |
| Tab 353 | BTFDe0000068-69 |
| Tab 354 | Plaintiffs' Deposition Exhibit 685 (Kirnon, July 28, 2011) |
| Tab 355 | Defendants' Deposition Exhibit 562 (Lombardi, November 10, 2011) |
| Tab 356 | BTFDe0000066-67 |

729159_1

| Tab 357 | Plaintiffs' Deposition Exhibit 590 (Clarkson, May 25, 2011) |
| Tab 358 | Plaintiffs' Deposition Exhibit 595 (Clarkson, May 26, 2011) |
| Tab 359 | Plaintiffs' Deposition Exhibit 357 (Khakee, March 17, 2011) |
| Tab 360 | Plaintiffs' Deposition Exhibit 349 (Khakee, March 16, 2011) |
| Tab 361 | MS_000001242-46 |
| Tab 362 | Plaintiffs' Deposition Exhibit 56 (Al Raheb, November 19, 2009) |
| Tab 363 | MS_000003027-51 |
| Tab 364 | MS_000094008-10 |
| Tab 365 | MS 000108449-51 |
| Tab 366 | MS 000110418 |
| Tab 367 | S&P-ADCB 0021695-732 |
| Tab 368 | Plaintiffs' Deposition Exhibit 351 (Khakee, March 16, 2011) |
| Tab 369 | CMA0001296-308 |
| Tab 370 | MDYS ADCB 106561 |
| Tab 371 | Z1236801 |
| Tab 372 | MDYS ADCB 105868-70 |
| Tab 373 | CMA0000986-1295 |
| Tab 374 | Defendants' Deposition Exhibit 417 (Becker, September 26, 2011) |
| Tab 375 | Defendants' Deposition Exhibit 418 (Becker, September 26, 2011) |
| Tab 376 | SNPC0000467-68 |
| Tab 377 | SNPCe00001697-700 |
| Tab 378 | SNPCe00001701-07 |

- 18 -

| Tab 379 | BTRFLD000009-10 |
| Tab 380 | BTRFLD000022 |
| Tab 381 | Defendants' Deposition Exhibit 378 (Baron, September 15, 2011) |
| Tab 382 | Defendants' Deposition Exhibit 360 (Baron, September 14, 2011) |
| Tab 383 | CB0000001-05 |
| Tab 384 | CBe00009622 |
| Tab 385 | CBe00225381-1–81-5 |
| Tab 386 | CBe01303622-24 |
| Tab 387 | PSERS0000001 |
| Tab 388 | PBe00000045 |
| Tab 389 | ESEC0000256-62 |
| Tab 390 | Defendants' Deposition Exhibit 602 (Allen, November 21, 2011) |
| Tab 391 | Defendants' Deposition Exhibit 603 (Allen, November 21, 2011) |
| Tab 392 | GIB0000041-42 |
| Tab 393 | Defendants' Deposition Exhibit 94 (Guy, February 9, 2010) |
| Tab 394 | NACF000001 |
| Tab 395 | NZFe0335427-42 |
| Tab 396 | NZe0000003 |
| Tab 397 | SEI-e00028484-87 |
| Tab 398 | SEI0000008-10 |
| Tab 399 | Defendants' Deposition Exhibit 65 (Smigiel, February 4, 2010) |
| Tab 400 | SEI0000995-98 |

| Tab 401 | SEI0000999-1002 |
| Tab 402 | *Cal. Pub. Emps.' Ret. Sys. v. Moody's Corp.*, No. CGC-09-490241, slip op. (Cal. Super. Ct., Cnty. of San Francisco, June 1, 2010) |
| Tab 403 | *King County, Wash. v. IKB Deutsche Industriebank AG*, No. 09 Civ. 8387 (SAS), slip op. (S.D.N.Y. Oct. 29, 2010) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 2nd day of July, 2012, at San Diego, California.

s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

- 20 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 2, 2012.

<div style="margin-left:40%">

s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: ddrosman@rgrdlaw.com

</div>

729159_1

## Mailing Information for a Case 1:08-cv-07508-SAS-DCF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Floyd Abrams**
  fabrams@cahill.com

- **Mario Aieta**
  maieta@ssbb.com,managingclerk@ssbb.com,marioaieta@gmail.com,dgerard@ssbb.com

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,nhorstman@rgrdlaw.com

- **X Jay Alvarez**
  jaya@rgrdlaw.com

- **Luke Orion Brooks**
  lukeb@rgrdlaw.com

- **Andrea Rose Butler**
  abutler@cahill.com

- **Dai Wai Chin Feman**
  dchinfeman@ssbb.com

- **James J. Coster**
  jcoster@ssbb.com,managingclerk@ssbb.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,jillk@rgrdlaw.com,E_File_SD@rgrdlaw.com,nlindell@rgrdlaw.com,tholindrake@rgrdlaw.com,jcharo@rgrdlaw.com

- **Jessica Lynn Freese**
  jessica.freese@davispolk.com

- **Marc Ian Gross**
  migross@pomlaw.com

- **Justin Evan Klein**
  jklein@ssbb.com,managingclerk@ssbb.com

- **Jeffrey B. Korn**
  jkorn@willkie.com

- **Nathan R. Lindell**
  nlindell@rgrdlaw.com

- **William Ross Miller , Jr**
  william.miller@dpw.com,ecf.ct.papers@dpw.com

- **Tariq Mundiya**
  maosdny@willkie.com,jsim@willkie.com,tmundiya@willkie.com

- **David Owen**
  dowen@cahill.com

- **Antonio Jorge Perez-Marques**
  antonio.perez@dpw.com,ecf.ct.papers@dpw.com

- **Dean I. Ringel**
  DRingel@Cahill.com,JHall@cahill.com

- **Christopher Joseph Roche**
  croche@arkin-law.com

- **James P. Rouhandeh**
  james.rouhandeh@dpw.com,ecf.ct.papers@davispolk.com

- **Tammy Lynn Roy**
  troy@cahill.com,ndelutri@cahill.com,mmcloughlin@cahill.com,nmarcantonio@cahill.com

- **Joshua M. Rubins**
  jrubins@ssbb.com,managingclerk@ssbb.com,jdoty@ssbb.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Andrew Dickens Schlichter**
  andrew.schlichter@dpw.com

- **Jessica T. Shinnefield**
  jshinnefield@rgrdlaw.com

- **Aaron Mark Zeisler**
  azeisler@ssbb.com,managingclerk@ssbb.com

- **Adam N. Zurofsky**
  azurofsky@cahill.com,MMcLoughlin@cahill.com,NMarcantonio@cahill.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David C. Walton
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301
```