UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ABU DHABI COMMERCIAL BANK,  et al.,                      :
                                                         :
                                                         :
                                                         :
                                                         :
                       Plaintiffs,                       :      08 Civ. No 7508 (SAS)
                                                         :
                      - against -                        :
                                                         :      **ECF Case**
MORGAN STANLEY & CO. INC., et al.,                       :
                                                         :
                                                         :
                       Defendants.                       :
                                                         :
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF DEFENDANTS MORGAN STANLEY & CO. INCORPORATED'S AND MORGAN STANLEY & CO. INTERNATIONAL LIMITED'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(c)

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Their Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(c), the

Declaration of James P. Rouhandeh and the exhibits thereto, and all the pleadings and

proceedings herein, Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International

Limited ("Morgan Stanley") by and through its undersigned counsel hereby moves this Court

before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District

of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 15C, New

York, New York 10007, for an order, pursuant to Federal Rule of Civil Procedure 56, granting

summary judgment in favor of Morgan Stanley and against plaintiffs on the claim for negligent

misrepresentation asserted against Morgan Stanley in the Ninth Amended Complaint, and

granting such further relief as the Court deems proper and just.  Morgan Stanley respectfully

requests oral argument on this motion.

Dated: November 30, 2012
       New York, New York


                                        DAVIS POLK & WARDWELL LLP


                                        By:   /s/ James P. Rouhandeh
                                              James P. Rouhandeh
                                              james.rouhandeh@davispolk.com
                                              Antonio J. Perez-Marques
                                              antonio.perez@davispolk.com
                                              Paul S. Mishkin
                                              paul.mishkin@davispolk.com
                                              Jessica L. Freese
                                              jessica.freese@davispolk.com

                                        450 Lexington Avenue
                                        New York, New York 10017
                                        (212) 450-4000

                                        *Counsel for Defendants Morgan Stanley &
                                        Co. Incorporated and Morgan Stanley &
                                        Co. International Limited*