UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABU DHABI COMMERCIAL BANK, et al., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MORGAN STANLEY & CO. INCORPORATED, et al., <br><br> Defendants. | Civil Action No. 1:08-cv-07508-SAS-DCF <br><br> <u>CLASS ACTION</u> <br><br> CORRECTED DECLARATION OF DANIEL S. DROSMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MORGAN STANLEY & CO. INCORPORATED'S AND MORGAN STANLEY & CO. INTERNATIONAL LIMITED'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(c) |

**[VOLUME 1, TABS 1-25]**

800638_1

I, Daniel S. Drosman, declare as follows:

1.  I am an attorney admitted to practice before this Court, and I am a partner of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for plaintiffs in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Opposition to Defendants Morgan Stanley & Co. Incorporated's and Morgan Stanley & Co. International Limited's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(c).

2.  Attached are true and correct copies of the following documents:

| TAB NO. | DESCRIPTION |
| --- | --- |
| 1 | MS_000302388-417 (excerpt) |
| 1A | Ex. 627 |
| 2 | July 22, 2011 Deposition Transcript of Paul Quistberg (excerpt) |
| 3 | September 9, 2011 Deposition Transcript of Phillip Picariello (excerpt) |
| 4 | September 15, 2011 Deposition Transcript of Andrew Baron (Volume II) (excerpt) |
| 5 | MS_000634695 |
| 6 | Ex. 316 |
| 7 | Ex. 122 |
| 8 | Chart of Communications Between Morgan Stanley and the Plaintiffs Concerning Cheyne SIV |
| 9 | Defendants' Ex. 4 (Vijayan) (excerpt) |
| 10 | Ex. 10 (Moubarak) |
| 11 | November 6, 2009 Deposition Transcript of Rany Moubarak (excerpt) |
| 12 | Defendants' Ex. 43 |
| 13 | Ex. 53 |
| 14 | Defendants' Ex. 7 (Vijayan) |
| 15 | Defendants' Ex. 29 |
| 16 | Defendants' Ex. 13 (Vijayan) (excerpt) |
| 17 | Defendants' Ex. 42 |
| 18 | MS_000235609-11 |
| 19 | CBe00414179-82 |
| 20 | MS_000601013-16 |
| 21 | CBe00855190-323 (excerpt) |
| 22 | FSBAe00116611-730 (excerpt) |
| 23 | FSBAe00116350-455 (excerpt) |
| 24 | MS_001526506 |
| 25 | MS_001530195-204 |
| 26 | MS_000565971-73 |
| 27 | October 3, 2011 Deposition Transcript of Yaser Humaidan (Volume I) (excerpt) |

| TAB NO. | DESCRIPTION |
|---|---|
| 28 | MS_000223113-20 |
| 29 | MS_000256208-14 |
| 30 | MS_001565757 |
| 31 | September 26, 2011 Deposition Transcript of Frederic Becker (Volume I) (excerpt) |
| 32 | Defendants' Ex. 403 (excerpt) |
| 33 | Defendants' Ex. 404 (excerpt) |
| 34 | Ex. 1 (Becker) |
| 35 | MS_001548351-53 |
| 36 | BHAe0144890-94 |
| 37 | MS_001565762 |
| 38 | MS_001561945-46 |
| 39 | MS_001571257-58 |
| 40 | MS_000243760 |
| 41 | MS_000238378-86 |
| 42 | MS_000238458-60 |
| 43 | MS_000243708-09 |
| 44 | June 16, 2011 Deposition Transcript of Michael Smith (excerpt) |
| 45 | Defendants' Ex. 501 (excerpt) |
| 46 | Defendants' Ex. 502 (excerpt) |
| 47 | NACFe00001234-36 |
| 48 | MS_000016269-77 |
| 49 | MS_001510183-86 |
| 50 | MS_001554807-08 |
| 51 | NACFe00000922-24 |
| 52 | NZFe0253586-648 (excerpt) |
| 53 | Defendants' Ex. 505 (excerpt) |
| 54 | NZFe0254412-14 |
| 55 | NZFe0215199-211 |
| 56 | NZFe0254284-389 (excerpt) |
| 57 | Defendants' Ex. 525 (excerpt) |
| 58 | Defendants' Ex. 510 |
| 59 | MS_001559305-63 (excerpt) |
| 60 | MS_001559516-18 |
| 61 | MS_001559743-44 |
| 62 | MS_001518283 |
| 63 | MS_001518012-257 (excerpt) |
| 64 | MS_001520769-77 |
| 65 | MS_001559681 |
| 66 | CSAM006780 |
| 67 | November 15, 2011 Deposition Transcript of Christopher Burton (excerpt) |
| 68 | MS_001524724-25 |
| 69 | MS_000473251-76 (excerpt) |

| TAB NO. | DESCRIPTION |
|---|---|
| 70 | MS_001523659-98 (excerpt) |
| 71 | MS_001543967-4082 (excerpt) |
| 72 | MS_001543845-48 |
| 73 | MS_001525215-20 |
| 74 | MS_001544740 |
| 75 | MS_001536167-68 |
| 76 | June 10, 2011 Deposition Transcript of Daisy Lac (excerpt) |
| 77 | June 22, 2011 Deposition Transcript of Lauren Woo (excerpt) |
| 78 | MS_000741366-67 |
| 79 | MS_001508298-404 (excerpt) |
| 80 | MS_001511548-770 (excerpt) |
| 81 | MS_001508435 |
| 82 | MS_001508448-49 |
| 83 | MS_001509453-56 |
| 84 | MS_001509459-62 |
| 85 | MS_001508418-25 |
| 86 | MS_001514726 |
| 87 | MS_001509447 |
| 88 | MS_001557358-429 |
| 89 | MS_000077748-62 |
| 90 | Ex. 261 (excerpt) |
| 91 | Ex. 236 |
| 92 | Ex. 336 |
| 93 | March 9, 2011 Deposition Transcript of Henry Tabe (excerpt) |
| 94 | MS_000301631-61 (excerpt) |
| 95 | Ex. 615 (excerpt) |
| 96 | MS_000015179-80 |
| 97 | MS_001509191-386 (excerpt) |
| 98 | September 14, 2011 Deposition Transcript of Andrew Baron (Volume I) (excerpt) |
| 99 | Defendants' Ex. 464 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of December, 2012, at San Diego, California.

                                            s/ DANIEL S. DROSMAN
                                            DANIEL S. DROSMAN

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 28, 2012.

s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: ddrosman@rgrdlaw.com

800638_1

## Mailing Information for a Case 1:08-cv-07508-SAS-DCF

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Floyd Abrams**
  fabrams@cahill.com

- **Mario Aieta**
  maieta@ssbb.com,managingclerk@ssbb.com,marioaieta@gmail.com,dgerard@ssbb.com

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,nhorstman@rgrdlaw.com

- **X Jay Alvarez**
  jaya@rgrdlaw.com

- **Greg Donald Andres**
  greg.andres@davispolk.com

- **Luke Orion Brooks**
  lukeb@rgrdlaw.com

- **Dai Wai Chin Feman**
  dchinfeman@ssbb.com

- **Joel M. Cohen**
  jcohen@gibsondunn.com,aarias@gibsondunn.com,mkdunning@gibsondunn.com,snurhussein@gibsondunn.com

- **James J. Coster**
  jcoster@ssbb.com,managingclerk@ssbb.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Michael Joseph Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com,tome@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,jillk@rgrdlaw.com,E_File_SD@rgrdlaw.com,nlindell@rgrdlaw.com,tholindrake@rgrdlaw.com,jcharo@rgrdlaw.com

- **Mary K Dunning**
  mkdunning@gibsondunn.com,dwolber@gibsondunn.com,mkatz@gibsondunn.com,aarias@gibsondunn.com,arublin@gibsondunn.com,pwade@gibsondunn.com,cdieng

- **Jessica Lynn Freese**
  jessica.freese@davispolk.com

- **Charles Alan Gilman**
  cgilman@cahill.com

- **Marc Ian Gross**
  migross@pomlaw.com

- **Christopher Michael Joralemon**
  cjoralemon@gibsondunn.com,aarias@gibsondunn.com

- **Mark Adam Kirsch**
  mkirsch@gibsondunn.com,aarias@gibsondunn.com

- **Justin Evan Klein**
  jklein@ssbb.com,managingclerk@ssbb.com

- **Jeffrey B. Korn**
  jkorn@willkie.com,maosdny@willkie.com

- **William Ross Miller , Jr**
  william.miller@dpw.com,ecf.ct.papers@dpw.com

- **Paul Steel Mishkin**
  paul.mishkin@dpw.com

- **Tariq Mundiya**
  maosdny@willkie.com,jsim@willkie.com,tmundiya@willkie.com

- **David Owen**
  dowen@cahill.com

- **Antonio Jorge Perez-Marques**
  antonio.perez@dpw.com,ecf.ct.papers@dpw.com

- **Dean I. Ringel**
  DRingel@Cahill.com,JHall@cahill.com

- **Christopher Joseph Roche**
  croche@kaplanrice.com

- **James P. Rouhandeh**
  james.rouhandeh@dpw.com,ecf.ct.papers@davispolk.com

- **Tammy Lynn Roy**
  troy@cahill.com,ndelutri@cahill.com,mmcloughlin@cahill.com,nmarcantonio@cahill.com

- **Joshua M. Rubins**
  jrubins@ssbb.com,managingclerk@ssbb.com,jdoty@ssbb.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Andrew Dickens Schlichter**
  andrew.schlichter@dpw.com

- **Jessica T. Shinnefield**
  jshinnefield@rgrdlaw.com

- **Robert Frank Wise , Jr**
  rwise@dpw.com,ecf.ct.papers@dpw.com

- **Aaron Mark Zeisler**
  azeisler@ssbb.com,managingclerk@ssbb.com

- **Adam N. Zurofsky**
  azurofsky@cahill.com,MMcLoughlin@cahill.com,NMarcantonio@cahill.com

- **Lawrence Jay Zweifach**
  lzweifach@gibsondunn.com,aarias@gibsondunn.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David C. Walton
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301
```