UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABU DHABI COMMERCIAL BANK, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>MORGAN STANLEY & CO., INC., et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-07508-SAS-DCF<br><br>NOTICE OF DEFENDANTS' OMNIBUS MOTION IN LIMINE<br><br>**ORAL ARGUMENT REQUESTED** |

James P. Rouhandeh
Antonio J. Perez-Marques
Richard A. Cooper
Gina Castellano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
*Attorneys for Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International Limited*

Floyd Abrams
Dean Ringel
Charles A. Gilman
Tammy L. Roy
Jason M. Hall
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
(212) 701-3000
*Attorneys for Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Rating Services*

James J. Coster
Joshua M. Rubins
James Doty
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, New York 10169
(212) 818-9200
*Attorneys for Defendants Moody's Investors Service, Inc. and Moody's Investors Service Ltd.*

Mark A. Kirsch
Joel M. Cohen
Lawrence J. Zweifach
Christopher M. Joralemon
Mary Kay Dunning
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, NY 10166
(212) 351-4000
*Attorneys for Defendants Moody's Investors Service, Inc. and Moody's Investors Service Ltd.*

PLEASE TAKE NOTICE that, upon the accompanying Omnibus Memorandum of Law in Support of Their Motion in Limine, defendants hereby move this Court before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 15C, New York, New York 10007, for an order excluding documents and testimony concerning (1) the rating processes for structured finance products other than the Cheyne SIV Notes; (2) persons who were not responsible for rating the Cheyne SIV Notes; (3) (a) Morgan Stanley's loan due diligence; (b) Morgan Stanley's securitization business and residential mortgage-backed security assets sponsored by Morgan Stanley; (c) Morgan Stanley's personnel who worked exclusively on the Morgan Stanley warehouse; (d) Morgan Stanley, unrelated to and post-dating the structuring of the SIV; (4) defendants' revenues unrelated to the Cheyne SIV; (5) after-the-fact-commentary on the financial crisis, including government testimony or reports and other lawsuits against defendants; and (6) the treatment of home equity loans as liquidity eligible assets.  Defendants also seek an order precluding plaintiff witnesses from testifying as to subjects about which their corporate designees disclaimed knowledge.

Respectfully submitted.

Dated:   January 21, 2013
         New York, New York

DAVIS POLK & WARDWELL LLP

By: _____
James P. Rouhandeh
james.rouhandeh@davispolk.com
Antonio J. Perez-Marques
antonio.perez@davispolk.com
Richard A. Cooper
richard.cooper@davispolk.com
Gina Castellano
gina.castellano@davispolk.com
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
(212) 701-5800 (fax)

*Attorneys for Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International Limited*

CAHILL GORDON & REINDEL LLP

By: _____
Floyd Abrams
fabrams@cahill.com
Dean Ringel
dringel@cahill.com
Charles A. Gilman
cgilman@cahill.com
Tammy L. Roy
troy@cahill.com
Jason M. Hall
jhall@cahill.com
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
(212) 269-5420 (fax)

*Attorneys for Defendants Standard & Poor's Ratings Services and The McGraw-Hill Companies, Inc.*

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
James J. Coster
jcoster@ssbb.com
Joshua M. Rubins
jrubins@ssbb.com
James Doty
jdoty@ssbb.com
230 Park Avenue, 11th Floor
New York, NY 10169
Telephone: (212) 818-9200
(212) 818-9606 (fax)

*Attorneys for Defendants Moody's Investors Service, Inc. and Moody's Investors Service, Ltd.*

GIBSON, DUNN & CRUTCHER LLP

By:   __/s Mark. A. Kirsch_____
Mark A. Kirsch
mkirsch@gibsondunn.com
Joel M. Cohen
jcohen@gibsondunn.com
Lawrence J. Zweifach
lzweifach@gibsondunn.com
Christopher M. Joralemon
cjoralemon@gibsondunn.com
Mary Kay Dunning
mkdunning@gibsondunn.com
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: (212) 351-4000
(212) 351-4035 (fax)

*Attorneys for Defendants Moody's Investors Service, Inc. and Moody's Investors Service, Ltd.*