UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

ABU DHABI COMMERCIAL BANK, et al.,

              Plaintiffs,

- against -

MORGAN STANLEY & CO.
INCORPORATED, MORGAN STANLEY &
CO. INTERNATIONAL LIMITED, MOODY'S
INVESTORS SERVICE, INC., MOODY'S
INVESTORS SERVICE LTD., STANDARD
AND POOR'S RATINGS SERVICES and THE
McGRAW HILL COMPANIES, INC.,

              Defendants.
------------------------------------------------------- X



ORDER

08 Civ. 7508 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       At a December 27, 2012 conference, I addressed plaintiffs' request to preclude defendants Moody's Investors Service, Inc. and Moody's Investors Service Ltd. (collectively "Moody's") and Standard & Poor's Ratings Services and The McGraw Hill Companies, Inc. (collectively "S&P") from introducing testimony of three different experts on the subject of ratings issues. I ordered that each rating agency could introduce one expert and that those two experts should not repeat each others' testimony.[1] I stated that S&P would not be permitted to

---

[1] *See* Dec. 27, 2012 Hearing Tr. at 53:1-18 ("Fabozzi should go and Birtel and [Bradford] Cornell should not be allowed to repeat each other.").

1

introduce the testimony of both Ryan Birtel and Frank Fabozzi on similar or identical topics and directed them to choose one expert.[2]

On January 15, 2013, following Birtel's deposition on January 4, S&P submitted a letter stating that it would agree to have only Fabozzi testify at trial if he could supplement his original expert report with issues originally addressed by Birtel.[3] Plaintiffs responded, also on January 15, arguing that S&P should not be permitted to untimely supplement its expert reports, particularly after waiting to "assess Birtel's deposition testimony and only then 'supplement' Fabozzi's testimony."[4]

In the interest of avoiding gamesmanship and preventing duplicative expert testimony, defendants will not be permitted to supplement Fabozzi's report. Birtel may testify and Fabozzi may also testify but only as to issues not covered by Birtel. Plaintiffs and S&P are directed to agree on which matters will be covered by Birtel and which will be covered by Fabozzi. If they cannot agree then the

---

[2]   *See id.* ("I don't see why we need Fabozzi . . . to improperly bolster Birtel.").

[3]   *See* 1/15/13 Letter from C. Gilman to the Court at 1.

[4]   1/15/13 Letter from D. Drosman to the Court at 2. The letter notes that "S&P gave no indication at the December 27, 2012 hearing [or before or during Birtel's January 4, 2013 deposition] that it intended to drop Birtel." *Id.* at 2-3.

2

depositions and reports of Birtel and Fabozzi must be submitted to the Court and I will decide which matters Fabozzi will be permitted to cover.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         January 22, 2013

3

- Appearances -

**For Plaintiffs:**

Patrick J. Coughlin, Esq.
Daniel S. Drosman, Esq.
Jessica T. Shinnefield, Esq.
Jarrett S. Charo, Esq.
Darryl J. Alvarado, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
(619) 231-1058

Samuel H. Rudman, Esq.
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Luke O. Brooks, Esq.
Jason C. Davis, Esq.
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545

**Additional Attorneys for Plaintiff State Board of Administration of Florida:**

Marc I. Gross, Esq.
Tamar A. Weinrib, Esq.
Pomertantz Haudek Grossman & Gross LLP
100 Park Avenue
New York, NY 10017
(212) 661-1100

**For Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International Limited:**

James P. Rouhandeh, Esq.
Antonio J. Perez-Marques, Esq.
William R. Miller, Jr., Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

**For Defendants Moody's Investors Service, Incorporated and Moody's Investors Service Limited:**

Joshua M. Rubins, Esq.
James J. Coster, Esq.
Mario Aieta, Esq.
James I. Doty, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, NY 10169
(212) 818-9200

Mark A. Kirsch, Esq.
Christopher M. Joralemon, Esq.
Joel M. Cohen, Esq.
Lawrence J. Zweifach, Esq.
Mary K. Dunning, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 48th Floor
New York, NY 10166
(212) 351-5391

**For Defendants Standard & Poor's Rating Services and The McGraw-Hill Companies, Incorporated:**

Floyd Abrams, Esq.
Dean I. Ringel, Esq.
Charles A. Gilman, Esq.
Tammy L. Roy, Esq.
Jason M. Hall, Esq.

Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
(212) 701-3000