UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABU DHABI COMM. BANK, et al. ,

Plaintiffs,

- against -

MORGAN STANLEY & CO, INC., et al.,

Defendants.

08-cv-07508

ECF CASE

**ORAL ARGUMENT
REQUESTED**

## NOTICE OF DEFENDANTS' *DAUBERT* MOTION
## TO EXCLUDE CERTAIN TESTIMONY BY PLAINTIFFS' EXPERTS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the annexed Declaration of James P. Rouhandeh and the Exhibits thereto, and all the pleadings and proceedings herein, defendants Morgan Stanley & Co, Inc. and Morgan Stanley & Co. International Limited ("Morgan Stanley"), Moody's Investors Services, Inc. and Moody's Investors Service Ltd. ("Moody's"), and The McGraw-Hill Companies, Inc. and Standard & Poor's Ratings Services ("S&P") will move this Court before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 15C, New York, New York 10007, for an order, pursuant to Federal Rules of Civil Procedure 403 and 702 excluding certain proffered testimony of plaintiffs' experts in the above-captioned action and granting such further relief as the Court deems proper and just.  The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Defendants' *Daubert* Motion To Exclude Certain Testimony By Plaintiffs' Experts, dated Feb. 8, 2013.

PLEASE TAKE FURTHER NOTICE that defendants respectfully

requests oral argument on this motion.

Dated: February 8, 2013
     New York, New York

               DAVIS POLK & WARDWELL LLP

               By:   /s/ James P. Rouhandeh
                   James P. Rouhandeh
                   james.rouhandeh@davispolk.com
                   Antonio J. Perez-Marques
                   antonio.perez@davispolk.com
                   Paul S. Mishkin
                   paul.mishkin@davispolk.com

               450 Lexington Avenue
               New York, New York 10017
               (212) 450-4000

               *Counsel for Defendants Morgan Stanley & Co.*
               *Inc. and Morgan Stanley & Co. Int'l Ltd.*

               CAHILL GORDON & REINDEL LLP

               By:   /s/ Dean Ringel
                   Floyd Abrams
                   fabrams@cahill.com
                   Charles A. Gilman
                   cgilman@cahill.com
                   Dean Ringel
                   dringel@cahill.com
                   Tammy L. Roy
                   troy@cahill.com
                   Jason M. Hall
                   jhall@cahill.com

               80 Pine Street
               New York, New York 10005
               (212) 701-3000

               *Counsel for Defendants Standard & Poor's*
               *Ratings Services and The McGraw-Hill*

*Companies, Inc.*

SATTERLEE STEPHENS BURKE &
BURKE LLP


By:   /s/ Joshua M. Rubins
     Joshua M. Rubins
     jrubins@ssbb.com
     James J. Coster
     jcoster@ssbb.com
     Mario Aieta
     maieta@ssbb.com
     James I. Doty
     jdoty@ssbb.com

230 Park Avenue
11th Floor
New York, New York 10169
(212) 818-9200

*Counsel for Defendants Moody's Investors*
*Service, Inc. and Moody's Investors Service Ltd.*


GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Mark Kirsch
     Mark A. Kirsch
     mkirsch@gibsondunn.com
     Joel M. Cohen
     jcohen@gibsondunn.com
     Lawrence J. Zweifach
     lzweifach@gibsondunn.com
     Christopher M. Joralemon
     cjoralemon@gibsondunn.com
     Mary Kay Dunning
     mkdunning@gibsondunn.com

200 Park Avenue,
New York, NY 10166-0193
(212) 351-2607

*Counsel for Defendants Moody's Investors*
*Service, Inc. and Moody's Investors Service Ltd.*