UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABU DHABI COMMERCIAL BANK, et al., <br><br> Plaintiffs, <br><br> - v. - <br><br> MORGAN STANLEY & CO. INCORPORATED, et al., <br><br> Defendants. | Civil Action No. 1:08-cv-07508 (SAS) |

**DECLARATION OF DEAN RINGEL IN SUPPORT OF
DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO
<u>PLAINTIFFS' OMNIBUS MOTIONS IN LIMINE</u>**

**\*\* REDACTED VERSION \*\***

I, DEAN RINGEL, declare under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of this Court and a member of the firm Cahill Gordon & Reindel LLP, which represents defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Ratings Services (collectively, "S&P") in the above-captioned action. I submit this declaration to place before the Court certain documents referenced in Defendants' Memorandum of Law in Opposition to Plaintiffs' Omnibus Motions in Limine. I am fully familiar with the facts set forth herein and make this declaration based on personal knowledge.

2. Annexed hereto as <u>Exhibit 1</u> is a true and correct copy of a May 17, 2005 S&P "Presale" report bearing production numbers NACFe1242-49.

3. Annexed hereto as <u>Exhibit 2</u> is a true and correct copy of a February 14, 2006 S&P "New Issue" report bearing production numbers CSAM9585-96.

4.	Annexed hereto as Exhibit 3 is a true and correct copy of an August 3, 2005 Moody's "New Issue" report bearing production numbers MDYS ADCB 045382-95.

5.	Annexed hereto as Exhibit 4 is a true and correct copy of a November 19, 2004 "Working Group List" bearing production numbers BNYM10488730-37.

6.	Annexed hereto as Exhibit 5 is a true and correct copy of a "Working Group List" bearing production numbers MS000642299-312.

7.	Annexed hereto as Exhibit 6 is a true and correct excerpted transcript of deposition testimony given in this case by Rany Moubarak.

8.	Annexed hereto as Exhibit 7 is a true and correct excerpted transcript of deposition testimony given in this case by Yaser Humaidan.

9.	Annexed hereto as Exhibit 8 is a true and correct excerpted transcript of deposition testimony given in this case by Adrian Mallinson.

10.	Annexed hereto as Exhibit 9 is a true and correct excerpted transcript of deposition testimony given in this case by David Wilson.

11.	Annexed hereto as Exhibit 10 is a true and correct copy of a November 5, 2007 email (with attachment) bearing production numbers ESECe0135135-37.

12.	Annexed hereto as Exhibit 11 is a true and correct excerpted transcript of deposition testimony given in this case by James Chen.

13.	Annexed hereto as Exhibit 12 is a true and correct excerpted copy of the November 7, 2012 Rebuttal Report of Michael A. Goldstein.

/s/ Dean Ringel
Dean Ringel

Executed this 11th day of February, 2013, in New York, New York.