UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abu Dhabi Comm. Bank, et al., <br><br>　　　　　Plaintiffs, <br><br>　- against - <br><br>Morgan Stanley & Co., Inc., et al., <br><br>　　　　　Defendants. | 08-cv-07508 <br><br> ECF CASE |

**DECLARATION IN SUPPORT OF DEFENDANTS' *DAUBERT* MOTION
TO EXCLUDE CERTAIN TESTIMONY BY PLAINTIFFS' EXPERTS**

　　　　　JAMES P. ROUHANDEH pursuant to 28 U.S.C. §1746 hereby declares:

　　　1.　　I am an attorney admitted to practice before this Court, and I am a partner in the law firm of Davis Polk & Wardwell LLP, counsel for defendants Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International Limited in the above-captioned matter. I submit this Declaration in support of Defendants' *Daubert* Motion To Exclude Certain Testimony By Plaintiffs' Experts, dated Feb. 8, 2013.

**REPORTS OF PLAINTIFFS' EXPERTS**

　　　2.　　Attached hereto as Exhibit 1 is a true and correct copy of the report of plaintiffs' expert, Dr. Joseph Stiglitz, dated September 17, 2012, along with its accompanying exhibits and appendices.

　　　3.　　Attached hereto as Exhibit 2 is a true and correct copy of the rebuttal report of plaintiffs' expert, Dr. Joseph Stiglitz, dated November 7, 2012, along with its accompanying exhibits and appendices.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the report of plaintiffs' expert, Dr. Michael A. Goldstein, dated September 17, 2012, along with its accompanying exhibits and appendices.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the rebuttal report of plaintiffs' expert, Dr. Michael A. Goldstein, dated November 7, 2012, along with its accompanying exhibits and appendices.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the report of plaintiffs' expert, Mr. Jeremy Reifsnyder, dated November 14, 2012, along with its accompanying exhibits and appendices.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the report of plaintiffs' expert, Dr. Sanjiv Das, dated September 17, 2012, along with its accompanying exhibits and appendices.

**REPORTS OF DEFENDANTS' EXPERTS**

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the report of defendants' expert, Dr. Steven Grenadier, dated October 17, 2012, along with its accompanying exhibits and appendices.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the report of defendants' expert, Dr. Christopher James, dated October 17, 2012, along with its accompanying exhibits and appendices.

**DEPOSITION TRANSCRIPTS**

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of excerpts from the deposition of plaintiffs' expert, Dr. Michael A. Goldstein, held on January 11 and January 31, 2012.

11. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of excerpts from the deposition of defendants' expert, Dr. Steven Grenadier, held on January 22, 2012.

**HEARING TRANSCRIPTS**

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of excerpts from the transcript of the November 2, 2010 hearing before this Court.

13. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of of excerpts from the transcript of the January 26, 2011 hearing before this Court.

14. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the transcript of the December 27, 2012 hearing before this Court.

Dated: New York, New York
February 8, 2013

DAVIS POLK & WARDWELL LLP

By: /s/ James P. Rouhandeh
James P. Rouhandeh
james.rouhandeh@davispolk.com

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Counsel for Defendants Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International Limited*