UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ABU DHABI COMMERCIAL BANK, et al., | : | |
| Plaintiffs, | : | |
| vs. | : | |
| MORGAN STANLEY & CO. INCORPORATED, et al., | : | Civil Action No. 1:08-cv-07508 |
| Defendants. | : | |

**[PROPOSED] PRETRIAL ORDER
EXHIBITS E (JURY INSTRUCTIONS) AND H (VERDICT FORM)**

On behalf of all parties and per the Court's e-mail to the parties on March 6, 2013, we submit the following documents:

### Exhibit E

- Defendants' Proposed Jury Instructions

- Plaintiffs' Objections to Defendants' Proposed Jury Instructions

- Plaintiffs' Proposed Jury Instructions Phase I

- Plaintiffs' Proposed Jury Instructions Phase II

- Defendants' Objections to Plaintiffs' Proposed Jury Instructions  Phase I

- Defendants' Objections to Plaintiffs' Proposed Jury Instructions  Phase II

### Exhibit H

- Defendants' Proposed Verdict Form with Plaintiffs' Objections

- Plaintiffs' First Phase Proposed Verdict Form with Defendants' Objections

- Plaintiffs' Second Phase Proposed Verdict Form with Defendants' Objections

- Plaintiffs' Proposed Conditional Verdict Questions Regarding Reasonable Reliance with Defendants' Objections

Dated: March 12, 2013             DAVIS POLK & WARDWELL LLP
                                  Robert F. Wise
                                  James P. Rouhandeh
                                  Antonio J. Perez-Marques
                                  Greg D. Andres


                                  /s/ James P. Rouhandeh
                                      JAMES P. ROUHANDEH

                                  450 Lexington Avenue
                                  New York, NY 10017
                                  Telephone: 212/450-4000
                                  212/701-5800 (fax)
                                  robert.wise@davispolk.com
                                  james.rouhandeh@davispolk.com
                                  antonio.perez@davispolk.com
                                  greg.andres@davispolk.com

                                  *Attorneys for Defendants Morgan Stanley & Co.*
                                  *Incorporated and Morgan Stanley & Co.*
                                  *International Limited*

CAHILL GORDON & REINDEL LLP
Floyd Abrams
Dean Ringel
Charles A. Gilman
Tammy L. Roy
Jason M. Hall


/s/ Charles A. Gilman
  CHARLES A. GILMAN

80 Pine Street
New York, NY 10005
Telephone: 212/701-3000
212/269-5420 (fax)
fabrams@cahill.com
dringel@cahill.com
cgilman@cahill.com
troy@cahill.com
jhall@cahill.com

*Attorneys for Defendants Standard & Poor's Ratings Services and The McGraw-Hill Companies, Inc.*

SATTERLEE STEPHENS BURKE &
BURKE LLP
James J. Coster
Joshua M. Rubins
Mario Aieta
James Doty


/s/ James J. Coster
  JAMES J. COSTER

230 Park Avenue, 11th Floor
New York, NY 10169
Telephone: 212/818-9200
212/818-9606 (fax)
jcoster@ssbb.com
jrubins@ssbb.com
maieta@ssbb.com
jdoty@ssbb.com

*Attorneys for Defendants Moody's Investors
Service, Inc. and Moody's Investors Service, Ltd.*

GIBSON, DUNN & CRUTCHER LLP
Mark A. Kirsch
Joel M. Cohen
Lawrence J. Zweifach
Christopher M. Joralemon
Mary Kay Dunning


/s/ Joel M. Cohen
    JOEL M. COHEN

200 Park Avenue,
48th Floor
New York, NY 10166
Telephone: 212/351-4000
212/351-4035 (fax)
mkirsch@gibsondunn.com
jcohen@gibsondunn.com
lzweifach@gibsondunn.com
cjoralemon@gibsondunn.com
mkdunning@gibsondunn.com

*Attorneys for Defendants Moody's Investors Service, Inc. and Moody's Investors Service, Ltd.*