UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- x
ABU DHABI COMMERCIAL BANK, KING
COUNTY, WASHINGTON, SEI INVESTMENTS
COMPANY, SEI INVESTMENT STRATEGIES, LLC,
THE BANK OF N.T. BUTTERFIELD & SON
LIMITED, SFT COLLECTIVE INVESTMENT FUND,
DEUTSCHE POSTBANK AG, GLOBAL
INVESTMENT SERVICES LIMITED, GULF
INTERNATIONAL BANK B.S.C., BANK HAPOALIM
B.M., BANK SINOPAC, NATIONAL
AGRICULTURAL COOPERATIVE FEDERATION,
STATE BOARD OF ADMINISTRATION OF
FLORIDA, COMMERZBANK AG,
                                  Plaintiffs,

- against –

MORGAN STANLEY & CO. INC., MORGAN
STANLEY & CO. INTERNATIONAL LTD.,
MOODY'S INVESTORS SERVICE, INC., MOODY'S
INVESTORS SERVICE LTD., STANDARD &
POOR'S RATINGS SERVICES, and THE MCGRAW-
HILL COMPANIES, INC.,

                                  Defendants.
---------------------------------------------- x



**STIPULATION OF
VOLUNTARY
DISMISSAL
WITH PREJUDICE**

08 Civ. No 7508 (SAS)

**ECF Case**

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel on behalf of Plaintiffs Abu Dhabi Commercial Bank; King County, Washington; SEI Investments Company; SEI Investment Strategies, LLC; The Bank of N.T. Butterfield & Son Limited; SFT Collective Investment Fund; Deutsche Postbank AG; Global Investment Services Limited; Gulf International Bank B.S.C.; Bank Hapoalim B.M.; Bank SinoPac; National Agricultural Cooperative Federation; State Board of Administration of Florida; and Commerzbank AG (collectively, "Plaintiffs") and Defendants Morgan Stanley & Co.

Incorporated, Morgan Stanley & Co. International Limited, Standard & Poor's Ratings Services, The McGraw-Hill Companies, Inc., Moody's Investors Service, Inc., and Moody's Investors Service Ltd., being all remaining parties in the above-entitled action, that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-entitled action be and is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: New York, New York
April 24, 2013

ROBBINS GELLER RUDMAN
 & DOWD LLP
MICHAEL J. DOWD
DANIEL S. DROSMAN
DARRYL J. ALVARADO
ANGEL P. LAU
HILLARY B. STAKEM

_____
DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
miked@rgrdlaw.com
dand@rgrdlaw.com
dalvarado@rgrdlaw.com
alau@rgrdlaw.com
hstakem@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
LUKE O. BROOKS
JASON C. DAVIS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
lukeb@rgrdlaw.com
jdavis@rgrdlaw.com

Attorneys for Plaintiffs

3

DATED: April 24, 2013

POMERANTZ GROSSMAN HUFFORD
 DAHLSTROM & GROSS LLP
MARC I. GROSS
TAMAR A. WEINRIB
600 Third Avenue
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)
migross@pomlaw.com
taweinrib@pomlaw.com

Additional Attorneys for Plaintiff State Board of Administration of Florida

DAVIS POLK & WARDWELL LLP
JAMES P. ROUHANDEH
ANTONIO J. PEREZ-MARQUES
PAUL S. MISHKIN

_____
JAMES P. ROUHANDEH

450 Lexington Avenue
New York, NY 10017
Telephone: 212/450-4000
212/701-5800 (fax)
james.rouhandeh@davispolk.com
antonio.perez@davispolk.com
paul.mishkin@davispolk.com

Attorneys for Defendants Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC) and Morgan Stanley & Co. International Limited (n/k/a Morgan Stanley & Co. International plc)

DATED: April 24th, 2013

GIBSON, DUNN & CRUTCHER LLP
MARK A. KIRSCH
JOEL M. COHEN
LAWRENCE J. ZWEIFACH
CHRISTOPHER M. JORALEMON
MARY KAY DUNNING

_____
MARK A. KIRSCH

200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: 212/351-4000
212/351-4035 (fax)
mkirsch@gibsondunn.com
jcohen@gibsondunn.com
lzweifach@gibsondunn.com
cjoralemon@gibsondunn.com
mkdunning@gibsondunn.com

Attorneys for Defendants Moody's Investors Service, Inc. and Moody's Investors Service, Ltd.

DATED: April 21, 2013

SATTERLEE STEPHENS BURKE & BURKE LLP
JOSHUA M. RUBINS
JAMES J. COSTER
MARIO AIETA

_____
JOSHUA M. RUBINS

230 Park Avenue
11th Floor
New York, New York 10169
(212) 818-9200
jrubins@ssbb.com
jcoster@ssbb.com
maieta@ssbb.com

Counsel for Defendants Moody's Investors Service, Inc. and Moody's Investors Service Ltd.

5

DATED: April 24, 2013

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS
DEAN RINGEL
CHARLES A. GILMAN
TAMMY L. ROY
JASON M. HALL

_____
DEAN RINGEL

80 Pine Street
New York, NY 10005
Telephone: 212/701-3000
212/269-5420 (fax)
fabrams@cahill.com
dringel@cahill.com
cgilman@cahill.com
troy@cahill.com
jhall@cahill.com

Attorneys for Defendants Standard & Poor's Ratings Services and The McGraw-Hill Companies, Inc.

**SO ORDERED, this ___ day of April 2013**

_____
Hon. Shira A. Scheindlin
United States District Judge

6